# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
## Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Warren N Barr III, et al.

                Defendant.

Case No.: 1:14–cr–00287

Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2016:

       MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: The sentencing hearing currently set for 1/27/2017 is stricken. Sentencing is reset for 2/24/2017 at 11:00 a.m. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.