

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 287-5 |
| v. | ) |
| | ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

### ORDER

Having been informed of the relevant circumstances, the defendant's unopposed request to reschedule the sentencing is granted. The sentencing that was previously set for June 3, 2017 is reset to Friday, August 11, 2017 at 10:30 a.m.

ENTER: _____
Charles R. Norgle
U. S. District Court Judge

DATE: JUN 1 2 2017