UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 287-5 |
| v. | ) |
| | ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

## ORDER

Having been informed of the relevant circumstances, the defendant's unopposed request to reschedule the sentencing is granted. The sentencing that was previously set for August 11, 2017 is reset to Friday, September 15, 2017 at 10:30 a.m.

ENTER: _____
Charles R. Norgle
U. S. District Court Judge

DATE: 7/20/2017