# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                   Case No.: 1:14–cr–00287
                                                   Honorable Charles R. Norgle Sr.

Warren N Barr III, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2017:

      MINUTE entry before the Honorable Charles R. Norgle as to Leonardo V Sanders: Sentencing held on 9/15/2017. Sentencing is continued to 11/30/2017 at 11:30 a.m. Telephoned/mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.