IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) No. 14 CR 287 |
| v. | ) ) ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

### NOTICE OF MOTION

To:  Sarah North
     Assistant United States Attorney
     219 S. Dearborn Street, Fifth Floor
     Chicago, IL  60604

   PLEASE TAKE NOTICE that on Friday, February 9, 2018, we shall appear before the Honorable Charles R. Norgle at 9:30 a.m. in his courtroom 2341, in the Federal Building, Chicago, Illinois and shall present the attached motion.

### UNOPPOSED MOTION
### TO EXTEND TIME FOR VOLUNTARY SURRENDER

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

By: */s/ Daniel J. Hesler*
   Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8347