# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                           Case No.: 1:14–cr–00287

                                                      Honorable Charles R. Norgle Sr.

Leonardo V Sanders, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2018:

      MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V. Sanders: Unopposed Motion to Extend Time for Voluntary Surrender [239] is granted. The defendant's surrender date is extended to at or before 2:00 p.m. on Friday, April 20, 2018. The parties are not required to appear before the court on Friday, February 9, 2018. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.