

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 287-5 |
| v. | ) |
| | ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

### AGREED ORDER

By agreement of the parties, it is hereby ordered that defendant Leonardo Sanders' surrender date is extended to Friday, April 20, 2018 at 2:00 p.m.

ENTERED:

_____
U.S. District Court Judge

DATED: 2/8/2018