IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 287 |
| v. | ) |
| | ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |
| | ) |

### DEFENDANT SANDERS' SECOND MOTION
### TO EXTEND TIME FOR VOLUNTARY SURRENDER

Defendant LEONARDO SANDERS, by the Federal Defender Program and its attorney, DANIEL HESLER, moves this court extend the date on which Mr. Sanders will be required to surrender himself to the custody of the Bureau of Prisons. Mr. Sanders would like to get in and get his time done, but his fiancé is going through a high risk pregnancy and requires what is nearly full time care. For this reason, Mr. Sanders would like to extend his report date until September 20, 2018. In further support of this motion, defendant states as follows:

1.      On November 30, 2017, this Court sentenced Mr. Sanders to serve 28 months in the custody of the Bureau of Prisons. Mr. Sanders was ordered to surrender himself into custody at the designated institution by 2:00 p.m. on February 20, 2018. That date has been extended to April 20, 2018.

2.      Mr. Sanders received notice that he had been designated to an institution at Terre Haute, Indiana. Most likely, he will serve his time at the

minimum security camp there.

3.     Mr. Sanders' fiancé is pregnant, in a very high risk pregnancy. She is presently on bedrest. In order to assist her, Mr. Sanders helps her with cooking, cleaning, personal care, administering medication, and transportation to medical appointments. It is very nearly a full time task.

4.     It turns out that the pregnancy is not getting any easier. Mr. Sanders' fiance's bed rest conditions have now been ordered to continue until her due date. The due date for their child is September 8, 2012.

5.     For these reasons, Mr. Sanders would like a five month extension in his surrender date, to September 20, 2018.

6.     Of the six defendants in his case, Mr. Sanders is the only one who has proceeded with sentencing. In the context of this case, the delay that is being requested will still probably put his report date ahead of those of his co-defendants.

Therefore, it is respectfully requested that this court extend the time by which Mr. Sanders will be required to surrender himself into custody to September 20, 2018, by 2:00 p.m.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director


By: *s/ Daniel J. Hesler*
      Daniel J. Hesler


DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Suite 2800
Chicago, IL 60603
(312) 621-8347

## CERTIFICATE OF SERVICE

The undersigned,____Daniel J. Hesler____, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## DEFENDANT SANDERS' SECOND MOTION
## TO EXTEND TIME FOR VOLUNTARY SURRENDER

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>April 3, 2018</u>, to counsel/parties that are non-ECF filers.

By:     */s/ Daniel J. Hesler*_____
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8347