IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) No. 14 CR 287 |
| v. | ) <br> ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

NOTICE OF MOTION

To: Sarah North
    Assistant United States Attorney
    219 S. Dearborn Street, Fifth Floor
    Chicago, IL 60604

    PLEASE TAKE NOTICE that on Friday, April 6, 2018, we shall appear before the Honorable Charles R. Norgle at 9:30 a.m. in his courtroom 2341, in the Federal Building, Chicago, Illinois and shall present the attached motion.

DEFENDANT SANDERS' SECOND MOTION
TO EXTEND TIME FOR VOLUNTARY SURRENDER

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        Carol A. Brook
        Executive Director

        By: */s/ Daniel J. Hesler*
            Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8347