IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-287 |
| | ) | |
| LEONARDO SANDERS, | ) | |
| | ) | Hon. Charles R. Norgle |
| Defendant. | ) | |
| | ) | |

## ORDER

Defendant Sanders' Second Motion to Extend Time for Voluntary Surrender [250] is denied. Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018.

## STATEMENT

Defendant was indicted on May 15, 2014 for crimes committed from March 2007 through July 2012. Beginning in March 2017, Defendant entered into a scheme to defraud banks and obtain money through false pretenses. Specifically, Sanders recruited individuals to purchase condominium units at 1255 South State Street in Chicago, Illinois. Buyers would obtain mortgages through fraudulent means and Sanders would reap the benefits.

On June 17, 2016, Defendant pleaded guilty to one count of bank fraud in violation of 18 U.S.C. § 1344. On November 30, 2017, Defendant was sentenced to a total term of imprisonment for twenty-eight months. He was originally ordered to surrender on February 20, 2018, but on February 8, 2018, the Court granted his request to extend the time for surrender. In his initial motion Defendant argued that: "Mr. Sanders' fianc[é] is pregnant, in a very high risk pregnancy. She is presently on bedrest. In order to assist her, Mr. Sanders helps her with cooking, cleaning, administering medication, and transportation to medical appointments." Unopposed Motion to Extend Time for Voluntary Surrender, CM-ECF No. 239 ¶ 3. Now Defendant makes an identical argument seeking an additional five months. The Court imagines that in five months Defendant will be faced with a new set of personal challenges related to caring for an infant.

Because, this matter has languished before the Court for nearly four years and over a decade has passed since the Defendant's fraud the Court declines to again extend the surrender date. Defendant shall report to the designated institution before 2:00 p.m. on April 20, 2018.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 5, 2018