**FILED**

IN THE NORTHERN DISTRICT OF ILLINOIS
2018 APR 10 PM 2: 55 N DIVISION

APR 1 0 2018

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| United States of America, | ] | |
| Plaintiff, | ] | |
| v. | ] | Case No. 14 - C R - 287 - 5 |
| | ] | |
| Leonardo Sanders, | ] | Honorable Charles Norgle, Sr. |
| Defendant. | ] | |

## PRO SE EMERGENCY MOTION TO RECONSIDER STAY OF MITIMUS

Comes now the defendant Leonardo Sanders, pro se, and respectfully moves this Honorable Court for an emergency stay of mitimus, and in support of his pro se motion the defendant states as follows:

1.    Defendant was convicted of conspiracy with intent to commit bank fraud in violation of 18 USC section 1956?

2.   On November 30, 2017, after entering into a plea declaration and pleading guilty to count one of the conspiracy, defendant was sentenced to 24 months in custody. He was also ordered to serve three years supervision, and pay of statutory fines and restitution of $1,006,035.

3.   Defendant was originally ordered to surrender to the BOP at FCI Terre Haute Indiana on February 20, 2018

4.   Following a request for a stay of minimus, the court granted and in large meant of time for the defendant to surrender until April 20, 2017.

5.   Following a second request by counsel for additional time, the court denied his subsequent request and the surrender date of April 20, 2018 at 2 PM stands.

6.   Notwithstanding the defendants duty to this court to timely surrender to the BOP to command service of his incarceration there are new developments which require defendant immediate attention.

7.   Mr. Sanders and fiancée Stephanie Carhee have been in a relationship for almost 8 years. We have been trying for years to start a family, On December 27, 2017 we received confirmation that we were pregnant after years of trying. After three early stage miscarriages due to various Auto Immune issues (Thyroid, Diabetes, Hashimoto's diseases) we were optimistic yet knew we had to fight extremely hard to maintain this pregnancy. Because Ms. Carhee age fifty (50) and the diagnosed conditions, Our pregnancy has been categorized by North Western Memorial Hospital as High Risk.  Mr. Sanders has now become responsible for

1

two innocent lives, my fiancée and my unborn child. My responsibilities consist of the necessary care and support to prepare for birth. Mr. Sanders provides the following essential care to ensure a healthy pregnancy and childbirth.

8.  Manage all daily medicine injections, which in the beginning range from 3 to 5 injections daily. Injections range from blood thinners, insulin, and other critical hormones to maintain the pregnancy. Take her vitals (blood pressure, temperature, pulse readings for doctors requested medical log. I also bathe, cook, dress and help her get in and out of bed and wheel chair services. It's my sole responsibility to take care of both the Mother and unborn baby. Insert a Dexcom G5 Mobile Continuous Glucose monitoring systems to treat diabetes. Insert a new device into Ms. Carhee arm every week to help control her rising insulin levels.

9.  We see three specialist every week to monitor the mother and the unborn baby which includes a one hour drive to Vernon Hills to monitor and help control Ms. Carhee auto immune issues, which has been recently downgraded to every two weeks.

10.  Ms. Carhee experiences sever back pains and is under the care a Chiropractic Physician, I escort Ms. Carhee to her weekly appointments 2-3 times per week.

11.  On Thursday April 6th during our routine ultra sound exam it was identified that Ms. Carhee has several cysts protruding in her stomach. We have been referred to a GI Specialist at North Western Memorial Hospital. Sense these finding Ms. Carhee has experienced server abdominal cramping, major diarrhea that requires a special diet due to the fact that she can't keep much food down. For which we hope treatment will begin to address this very serious issue.

12.  As part of Ms. Carhee auto immune condition We attend weekly injections of Intralipids at the Premier Infusion center. These sessions at the beginning were for two hours every two weeks. We now attend these treatments on a monthly bases.

13.  Unfortunately we currently don't have any family members that can step in and assist with this process. Because of the seriousness of Ms. Carhee condition, the frequency of her medical treatments, Ongoing pain and discomfort management, and accurate dispensing of daily medicines. I have taken on the sole responsibility of Ms. Carhee care. Ms. Carhee's mother resides in Calf, is also recovering from a major surgery as is unable to assist her daughter at this time.

14.  A Caesarean section delivery is planned for the first week in September. We are requesting that Mr. Sanders continue providing aide and support until September 31, 2018.

15.  This request is made in good faith. It is not intended to cause any unreasonable delay in the defendant commencing service of his time.

16.  The United States would not be unduly prejudice by granting this request.

17.    The ends of justice militate in favor of Your honor granting one more extension of a stay of mitimus for self-surrender.

WHEREFORE the reasons stated above the defendant acting on his own behalf and appearing Pro Se respectfully pray this Honorable Court reconsider granting one final stay of mitimus.

Respectfully submitted,

S/ Leonardo Sanders

## NOTICE OF FILING

I, Leonardo Sanders, the defendant in this cause do state and on oath depose that I caused to be served on this day April 10, 2018 a copy of this Emergency Motion For Stay of Mitimus by filing a copy with the United States Clerk of the District Court on the 20th floor at 219 S. Dearborn Chicago, IL 60604 and serving a copy of same upon Chambers pursuant to local rule.

S/Leonardo Sanders

Leonardo Sanders,
Defendant
175 E. Delaware Pl.
Chicago IL 60611
(312) 593-6683





# NM Northwestern Medicine®

**Carhee,Stephanie**
**1/8/2018 10:40 AM   Office Visit**

Description: **50 year old female**
Provider: **Renee S Aronsohn**
Department: **NM Primary and Specialty Care Endocrinology**

NM PRIMARY AND SPECIALTY CARE ENDOCRINOLOGY
259 E Erie Street
Suite 2200
Chicago IL 60611
Tel 312-926-6000
Fax 312-926-6344

Please take a few moments to review this summary of your visit.  We recommend that you keep this information private as it contains your personal health information and instructions.  Please notify the doctor's office if you have any changes or updates. Thank you.

## Reason for Visit

Followup

## Vitals

| BP | Pulse | Ht | Wt | BMI | SpO2 |
|---|---|---|---|---|---|
| ♀ 134/92 mmHg | 97 | 5' 6.5" (1.689 m) | 200 lb 1.6 oz (90.765 kg) | 31.82 kg/m2 | 99% |

## Allergies

Unspecified: Ampicillin; Clarithromycin; Gadolinium Derivatives; Levaquin [levofloxacin]; Penicillins; Tetracyclines & Related

## Medical Conditions Addressed During This Visit

Hypothyroidism during pregnancy in first trimester  - Primary
Type 2 diabetes mellitus during pregnancy, antepartum

## Current Medications

| | |
|---|---|
| LEVEMIR FLEXTOUCH 100 UNIT/ML SOPN | INJECT 10 UNITS SUBCUTANEOUSLY NIGHTLY AT BEDTIME |
| Nortriptyline HCl 10 MG CAPS | Take 2 capsules by mouth at bedtime. |
| SYNTHROID 50 MCG TABS | One tab daily |
| Glucose Blood STRP | Test four times per day |
| Blood Glucose Monitoring Suppl W/DEVICE KIT | Test four times daily |
| NOVOLOG FLEXPEN 100 UNIT/ML SOPN | Use before meals as directed |
| Insulin Pen Needle 32G X 4 MM MISC | for use with Novolog pen |
| MetFORMIN HCl 500 MG TABS | 1 TABLET TWICE DAILY WITH FOOD |
| Glucose Blood STRP | testing 3 times daily |
| Lancets MISC | Testing 3 times daily |
| ibuprofen 600 MG TABS | 1 Tab, PO, Q 8 Hours as needed |
| Cetirizine HCl (ZYRTEC PO) | None Entered |
| Multiple Vitamin (MULTI-VITAMIN PO) | None Entered |

## Medications Administered During Visit

None

## Immunizations/medications Administered on Date of Encounter - 1/8/2018

No immunizations or medications administered today

## Other Orders Placed During This Visit

Normal Orders This Visit

**FREE THYROXINE (FREE T4)**

Scheduling Instructions:

To complete your lab work, please proceed to one of the NMFF Lab Services areas.

**HEMOGLOBIN A1C**

Scheduling Instructions:

To complete your lab work, please proceed to one of the NMG Lab Services areas.

**TSH**

Scheduling Instructions:

To complete your lab work, please proceed to one of the NMFF Lab Services areas.

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| **FREE THYROXINE (FREE T4)** | 1/8/2018 | 7/8/2018 |

Scheduling Instructions:

To complete your lab work, please proceed to one of the NMFF Lab Services areas.

| | | |
|---|---|---|
| **HEMOGLOBIN A1C** | 1/8/2018 | 7/8/2018 |

Scheduling Instructions:

To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **TSH** | 1/8/2018 | 7/8/2018 |

Scheduling Instructions:

To complete your lab work, please proceed to one of the NMFF Lab Services areas.

## Future Appointments

| | Provider | Department | Dept Phone |
|---|---|---|---|
| 1/17/2018 9:00 AM | Endocronoligist Mfm | Maternal Fetal Medicine | 312-695-7542 |
| 1/17/2018 9:00 AM | Ultrasound RM 6 | Obstetrics & Gynecology Ultrasound | 312-695-0100 |
| 1/30/2018 4:00 PM | Anaadriana Zakarija | NM Center for Bleeding and Clotting Disorders | 312-695-0990 |

## NMG Website

You can visit the Northwestern Medical Group Website at http://nmg.nm.org/ to find a physician, request an appointment, pay your bill and for many other useful resources.

# N M Northwestern Medicine®

**Carhee,Stephanie**
**1/28/2018 2:40 PM   Office Visit-New**

Description: **50 year old female**
Provider: **Laura McIntyre**
Department: **NMG STREETERVILLE IMMEDIATE CARE CENTER**

---

NMG STREETERVILLE IMMEDIATE CARE CENTER
635 N Fairbanks Ct.
Chicago IL 60611
Tel 312-472-3173
Fax 312-472-3176

Please take a few moments to review this summary of your visit.  We recommend that you keep this information private as it contains your personal health information and instructions.  Please notify the doctor's office if you have any changes or updates. Thank you.

## Reason for Visit

| **Rash** | x yesterday with rash under left arm, left arm stiffness, fatigue. |
|---|---|

## Vitals

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| (!)146/91 mmHg | 100 | 98.3 °F (36.8 °C) (Oral) | 19 | 5' 6.5" (1.689 m) | 197 lb (89.359 kg) |
| BMI 31.32 kg/m2 | SpO2 97% | | | | |

## Allergies

Unspecified: Ampicillin; Clarithromycin; Gadolinium Derivatives; Levaquin [levofloxacin]; Penicillins; Tetracyclines &amp; Related

## Medical Conditions Addressed During This Visit

**Rash**   - Primary

## Current Medications

| Unverified Medication  (Taking) | progesterone and estrogen injections per pregnancy |
|---|---|
| **Valacyclovir HCl (VALTREX) 1 G TABS** | 1 tab po TID x 7 days |
| **Prenatal Multivit-Min-Fe-FA (PRENATAL VITAMINS PO)  (Taking)** | None Entered |
| **acetone, urine, test (KETOSTIX) STRP** | test daily as directed |
| **SYNTHROID 75 MCG TABS  (Taking)** | 1 TABLET DAILY |
| **LEVEMIR FLEXTOUCH 100 UNIT/ML SOPN (Taking)** | INJECT 10 UNITS SUBCUTANEOUSLY NIGHTLY AT BEDTIME |
| **Glucose Blood STRP  (Taking)** | Test four times per day |
| **Blood Glucose Monitoring Suppl W/DEVICE KIT  (Taking)** | Test four times daily |
| **NOVOLOG FLEXPEN 100 UNIT/ML SOPN (Taking)** | Use before meals as directed |
| **Insulin Pen Needle 32G X 4 MM MISC (Taking)** | for use with Novolog pen |
| **Glucose Blood STRP  (Taking)** | testing 3 times daily |
| **Lancets MISC  (Taking)** | Testing 3 times daily |

## Medications Ordered During This Visit

| | Refills | Start | End |
|---|---|---|---|
| **Valacyclovir HCl (VALTREX) 1 G TABS**<br>Sig - Route: 1 tab po TID x 7 days - Oral | 0/0 | 1/28/2018 | |

Carhee, Stephanie (MR # 0102291476)

## Medications Ordered During This Visit (continued)

|  | Refills | Start | End |
|---|---|---|---|

Class: E-PRESCRIBE
Pharmacy: WALGREENS DRUG STORE 00211 - CHICAGO, IL 60611-2606
- 757 N MICHIGAN AVE AT CHICAGO & MICHIGAN - PH 312-664-8686 -
FX 312-664-4571

## Medications Administered During Visit

None

## Immunizations/medications Administered on Date of Encounter - 1/28/2018

No immunizations or medications administered today

## Future Appointments

|  | Provider | Department | Dept Phone |
|---|---|---|---|
| 1/30/2018 4:00 PM | Anaadriana Zakarija | NM Center for Bleeding and Clotting Disorders | 312-695-0990 |
| 1/31/2018 11:00 AM | Charlotte M Niznik | Maternal Fetal Medicine | 312-695-7542 |
| 2/5/2018 3:45 PM | Maternal Fetal Group | Maternal Fetal Medicine | 312-695-7542 |

## Patient Instructions

### Shingles (Herpes Zoster)



**Talk to your healthcare provider about the shingles vaccine.**

Shingles is also called herpes zoster. It is a painful skin rash caused by the herpes zoster virus. This is the same virus that causes chickenpox. After a person has chickenpox, the virus remains inactive in the nerve cells. Years later, the virus can become active again and travel to the skin. Most people have shingles only once, but it is possible to have it more than once.

**What are the risk factors for shingles?**

Anyone who has ever had chickenpox can develop shingles. But your risk is greater if you:

- Are 50 years of age or older
- Have an illness that weakens your immune system, such as HIV/AIDS
- Have cancer, especially Hodgkin disease or lymphoma
- Take medicines that weaken your immune system

**What are the symptoms of shingles?**

- The first sign of shingles is usually pain, burning, tingling, or itching on one part of your face or body. You may also feel as if you have the flu, with fever and chills.
- A red rash with small blisters appears within a few days. The rash may appear as follows:
  - The blisters can occur anywhere, but they're most common on the back, chest, or abdomen.
  - They usually appear on only one side of the body, spreading along the nerve pathway where the virus was inactive.
  - The rash can also form around an eye, along one side of the face or neck, or in the mouth.
  - In a few people, usually those with weakened immune systems, shingles appear on more than one

Carhee, Stephanie (MR # 0102291476)      Page 2 of 4

Patient Instructions (continued)

part of the body at once.

- After a few days, the blisters become dry and form a crust. The crust falls off in days to weeks. The blisters generally do not leave scars.

## How is shingles treated?

For most people, shingles heals on its own in a few weeks. But treatment is recommended to help relieve pain, speed healing, and reduce the risk of complications. Antiviral medicines are prescribed within the first 72 hours of the appearance of the rash. To lessen symptoms:

- Apply ice packs (wrapped in a thin towel) or cool compresses, or soak in a cool bath.
- Use calamine lotion to calm itchy skin.
- Ask your healthcare provider about over-the-counter pain relievers. If your pain is severe, your healthcare provider may prescribe stronger pain medicines.

## What are the complications of shingles?

Shingles often goes away with no lasting effects. But some people have serious problems long after the blisters have healed:

- Postherpetic neuralgia. This is the most common complication. It is severe nerve pain at the place where the rash used to be. It can last for months, or even years after you have had shingles. Medicines can be prescribed to help relieve the pain and improve quality of life.
- Bacterial infection. Shingles blisters may become infected with bacteria. Antibiotic medicine is used to treat the infection.
- Eye problems. A person with shingles on the face should see his or her healthcare provider right away. Shingles can cause serious problems with vision, and even blindness.

Very rarely shingles can also lead to pneumonia, hearing problems, brain inflammation, or even death.

## When to seek medical care

Contact your healthcare provider if you experience any of the following:

- Symptoms that don't go away with treatment
- A rash or blisters near your eye
- Increased drainage, fever, or rash after treatment, or severe pain that doesn't go away

## How can shingles be prevented?

You can only get shingles if you have had chicken pox in the past. Those who have never had chickenpox can get the virus from you. Although instead of developing shingles, the person may get chickenpox. Until your blisters form scabs, avoid contact with others, especially the following:

- Pregnant women who have never had chickenpox or the vaccine
- Infants who were born early (prematurely) or who had low weight at birth
- People with weak immune system (for example, people receiving chemotherapy for cancer, people who have had organ transplants, or people with HIV infections)

## The shingles vaccine

If you're 60 years of age or older, ask your healthcare provider if you should receive the shingles vaccine. The vaccine makes it less likely that you will develop shingles. If you do develop shingles, your symptoms will likely be milder than if you hadn't been vaccinated. Note: Although the vaccine is licensed for people 50 years of age or older, the CDC does not recommend the vaccine for those who are 50 to 59 years old.

**Date Last Reviewed:** 10/1/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

NMG Website

You can visit the Northwestern Medical Group Website at http://nmg.nm.org/ to find a physician, request an

**NMG Website (continued)**

appointment, pay your bill and for many other useful resources.

# N Northwestern Medicine®

**Carhee,Stephanie**
2/5/2018 3:45 PM  **Office Visit-New**

Description: **50 year old female**
Provider: Alan M Peaceman
Department: **Maternal Fetal Medicine**

MATERNAL FETAL MEDICINE
675 N St Clair St, Ste 14-200
Chicago IL 60611-5975
Tel 312-695-7542
Fax 312-695-4425

Please take a few moments to review this summary of your visit.  We recommend that you keep this information private as it contains your personal health information and instructions.  Please notify the doctor's office if you have any changes or updates. Thank you.

## Vitals

| BP | Ht | Wt | BMI |
|---|---|---|---|
| 140/90 mmHg | 5' 6.5" (1.689 m) | 201 lb 11.5 oz (91.5 kg) | 32.07 kg/m2 |

## Allergies

**High: Contrast Dye**
Unspecified: Ampicillin; Clarithromycin; Gadolinium Derivatives; Levaquin [levofloxacin]; Lovenox [enoxaparin]; Penicillins; Tetracyclines &amp; Related

## Medical Conditions Addressed During This Visit

**Supervision of high risk pregnancy in first trimester**   - Primary
**Pregnancy with type 2 diabetes mellitus in first trimester**

## Current Medications

| | |
|---|---|
| **Calcium Carbonate 600 MG TABS  (Taking)** | 2 CAPSULES DAILY WITH A MEAL |
| **Fat Emulsion (INTRALIPID IV)  (Taking)** | 14 days |
| **fondaparinux 2.5 MG/0.5ML SOLN SQ injection  (Taking)** | 2.5 MG DAILY |
| **predniSONE 10 MG TABS  (Taking)** | 2 TABLET DAILY |
| **Progesterone 200 MG SUPP  (Taking)** | 1 PER VAGINA DAILY |
| **Raspberry Ketones 100 MG CAPS  (Taking)** | None Entered |
| **Cholecalciferol (VITAMIN D3) 400 UNITS TABS  (Taking)** | 2 CAPSULES DAILY WITH A MEAL |
| **Unverified Medication** | progesterone and estrogen injections per pregnancy |
| **Valacyclovir HCl (VALTREX) 1 G TABS** | 1 tab po TID x 7 days |
| **Prenatal Multivit-Min-Fe-FA (PRENATAL VITAMINS PO)  (Taking)** | None Entered |
| **acetone, urine, test (KETOSTIX) STRP** | test daily as directed |
| **SYNTHROID 75 MCG TABS  (Taking)** | 1 TABLET DAILY |
| **LEVEMIR FLEXTOUCH 100 UNIT/ML SOPN (Taking)** | INJECT 10 UNITS SUBCUTANEOUSLY NIGHTLY AT BEDTIME |
| **Glucose Blood STRP** | Test four times per day |
| **Blood Glucose Monitoring Suppl W/DEVICE KIT** | Test four times daily |
| **NOVOLOG FLEXPEN 100 UNIT/ML SOPN (Taking)** | Use before meals as directed |
| **Insulin Pen Needle 32G X 4 MM MISC** | for use with Novolog pen |
| **Glucose Blood STRP** | testing 3 times daily |
| **Lancets MISC** | Testing 3 times daily |

Carhee, Stephanie (MR # 0102291476)

## Medications Administered During Visit

None

## Immunizations/medications Administered on Date of Encounter - 2/5/2018

No immunizations or medications administered today

## Other Orders Placed During This Visit

Normal Orders This Visit

**CHLAMYDIA TRACHOMATIS PCR METHOD**

**CREATININE, URINE RANDOM**
Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

**CULTURE, URINE**
Scheduling Instructions:
This lab test is intended to be collected back office. Paper order requisition must be sent with the specimen.

**NEISSERIA GONORRHEA PCR METHOD**

**NEW OB PRECERT (NMFF) REFERRAL**

**PROTEIN URINE, RANDOM**
Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| **ANTIBODY SCREEN** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **BLOOD TYPING, ABO & RH** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **CBC W/PLATELET** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **CULTURE, URINE** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
This lab test is intended to be collected back office. Paper order requisition must be sent with the specimen.

| | | |
|---|---|---|
| **HEPATITIS B SURFACE ANTIGEN** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **HIV AG/AB COMBO** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **RUBELLA ANTIBODY** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **SYPHILIS ANTIBODY, TREPONEMAL W/REFLEX** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
To complete your lab work, please proceed to one of the NMG Lab Services areas.

| | | |
|---|---|---|
| **TSH-NMFF SHARED** | 2/5/2018 | 8/5/2018 |

Scheduling Instructions:
Please schedule all lab appointments with a Patient Service Representative. You may also schedule a lab appointment by calling 312-695-0990 or 312-664-5400 if you are a patient of Hematology Oncology Associates at 676 N. St. Clair St Suite 2140

Galter Cancer Center patients: please report to the 21st floor check-in desk 10 minutes prior to your scheduled appointment time.

Prentice Cancer Center patients: please report to Prentice 4th floor check-in desk 10 minutes prior to your scheduled appointment time

Hematology Oncology Associates patients: please report to the check-in desk on the 21st floor of Arkes Pavilion,

Carhee, Stephanie (MR # 0102291476)

## Other Orders Placed During This Visit (continued)

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|

Suite 2140 10 minutes prior to your scheduled appointment time

OB/GYN patients please proceed to the 14th floor laboratory check-in.  After 5:00 pm, please proceed to the 18th floor laboratory.

## Follow-up

Return in 1 month (on 3/5/2018) for Return appt 4 weeks.

## Future Appointments

| | Provider | Department | Dept Phone |
|---|---|---|---|
| 2/21/2018 11:00 AM | Diabetic APN, MFM | Maternal Fetal Medicine | 312-695-7542 |
| 3/7/2018 11:00 AM | Maternal Fetal Group | Maternal Fetal Medicine | 312-695-7542 |
| 5/14/2018 4:00 PM | Karlyn A Martin | NM Center for Bleeding and Clotting Disorders | 312-695-0990 |

## MyNM MyChart Upgrade Notice

Improvements to Your NM MyChart Account

Northwestern Medicine is working to improve your experience with your health information via NM MyChart. We have upgraded the online portal with enhanced features that make it more comprehensive and interactive.  You will be asked to upgrade your NM MyChart account starting March 3, 2018. The process takes less than five minutes and securely transfers all of your medical information from your original account to your upgraded account.

Please note, even if you usually use the NM MyChart mobile app to access your account, you need to complete the upgrade process by logging in through the internet on a computer, tablet or smartphone. Once your account is upgraded, you can continue using the NM MyChart app.

What you need to do:

- Starting on March 3, go to https://mychart.nm.org
- You will be prompted to log in to your account
- If you don't remember your login information for your current account, click the following link to have it sent to you: https://mychart.nm.org/mychart/recoverlogin.asp
- Once you log in, your information will be securely transferred to your upgraded account, and you will be prompted that your account has successfully upgraded
- If your account doesn't upgrade automatically, you may be asked to create a new username and password. Your historical information will be linked and your new account will be updated with all of your information.

Once your account is upgraded, you will be able to:

- View and manage care received at any Northwestern Medicine facility.
- Complete the Pre Check-In process from home, saving you time when you arrive for your appointment.
    - You can add or verify insurance
    - Add credit card information to preauthorize co-pays
    - Update information about your medical history.
- Receive reminders to schedule appointments for routine preventive care, such as colon cancer screening, breast cancer screening, bone density testing, pap smears and seasonal flu vaccines.
- Update your lists of medications and allergies at any time.
- View orders and tests placed by your physician.
- Request records and view copies of information released from the Medical Records Department.
- View statements and pay your bills from visits to any NM facility
- Continue to schedule appointments with select outpatient specialties
- Adult proxies for patients 12-17 years old can request full access to an adolescent patient's NM MyChart account with the patient's consent. Talk to your physician's office for more information.
- Patients who are pregnant can pre-register for their day of delivery to save time when arriving at the hospital

***All of your medical and visit information will be moved into your upgraded NM MyChart account.  After March 3, 2018, a few situations may arise that would require your special attention:

Carhee, Stephanie (MR # 0102291476)

**MyNM MyChart Upgrade Notice (continued)**

- Billing information for visits prior to March 3, 2018, will not be viewable in NM MyChart. To view or pay bills for visits that occurred before March 3, please go to nm.org and click "Pay a Bill."
- Adjustments to existing autopayment plans will need to be made by contacting billing customer service at 844.669.2455.
- Proxies will need to re-establish proxy relationships. Please contact the NM MyChart Help Desk at 1.855.HLP.MYNM for more information.

If you have any questions regarding your upgraded NM MyChart account or these new features, please call the NM MyChart Help Desk at 1.855.HLP.MYNM.

**NMG Website**

You can visit the Northwestern Medical Group Website at http://nmg.nm.org/ to find a physician, request an appointment, pay your bill and for many other useful resources.

Carhee, Stephanie (MR # 0102291476)



**Obstetrics Report**
**Franklin University**

*Preliminary*

***Rosalind***

## **Obstetrics Report**          Page 1/1          **Rosalind Franklin University**

| Patient / Exam Information | | Date of Exam: | **01/12/2018** |
|---|---|---|---|

| Name | **Carhee Stephanie** | LMP | | **12/01/2017** | Gravida | **2** |
|---|---|---|---|---|---|---|
| DOB,Age | **05/11/1967,50** | DOC | | | Para | **0** |
| Sex | **Female** | EDD | | **09/07/2018** | AB | **2** |
| Patient ID | **49914** | GA | | **6w0d** | Ectopic | |
| | | GA(AUA) | | **5w5d** | Fetus | **1** |
| | | EDD(AUA) | | **09/09/2018** | | |

| Sonographer | **nc** | Exam Type | **6w0d** | Comment | **FET 12.20.17 (5)** |
|---|---|---|---|---|---|
| Indication | **rec misc/ 6 ivf fail.** | | | | |

| 2D Measurements | AUA | Value | m1 | m2 | m3 | Meth. | GP | GA |
|---|---|---|---|---|---|---|---|---|
| CRL (Hadlock) | ☑ | **0.22 cm** | 0.21 | 0.22 | | avg. | <1% | **5w5d** |
| YS | | **0.41 cm** | 0.41 | | | avg. | | |
| GS (Rempen) | ☐ | **1.14 cm** | 1.14 | | | avg. | 37.7% | **5w6d** |

| 2D Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Uterus** | | | | | | | | |
| Cervix Length | **4.05 cm** | 4.05 | | | | | | avg. |

| M-Mode Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Fetal Heart Rate** | | | | | | | | |
| → Ventricular FHR | **98 bpm** | 98 | | | | | | avg. |

| Doppler Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Placenta** | | | | | | | | |
| PS | **-17.11 cm/s** | -17.11 | | | | | | max |
| ED | **-9.67 cm/s** | -9.67 | | | | | | max |
| RI | **0.43** | 0.43 | | | | | | avg. |

| Date: | **01/12/2018** | Perf. Physician: | | Sonographer: | **nc** |
|---|---|---|---|---|---|

*Single viable IUP*
*no seh.*

## *Obstetrics Report*  Page 1/2  **Rosalind Franklin University**

| Patient / Exam Information | | Date of Exam: **01/19/2018** |
|---|---|---|

| Patient ID | **49914** |
| Name | **Carhee Stephanie** |
| DOB,Age | **05/11/1967,50** |
| Sex | **Female** |

| LMP | **12/02/2017** |
| DOC | |
| EDD | *DATING* → **09/08/2018** |
| GA | → **6w6d** |
| GA(AUA) | (**6w2d**) |
| EDD(AUA) | (**09/12/2018**) |

| Gravida | **4** |
| Para | |
| AB | **3** |
| Ectopic | |
| Fetus | **1** |

| Sonographer | **np** | Exam Type | **natural** | *Comment* | **fet 12-27-2017(5)** |
| Indication | **rec misc** | | | | |

| 2D Measurements | AUA | Value | m1 | m2 | m3 | Meth. | GP | GA |
|---|---|---|---|---|---|---|---|---|
| → CRL (Hadlock) | ✓ | 0.54 cm | 0.52 | 0.57 | | avg. | <1% | 6w2d |
| YS | | 0.41 cm | 0.40 | 0.42 | | avg. | | |
| GS (Rempen) | | 1.59 cm | 1.95 | 1.14 | 1.68 | avg. | 23.1% | 6w3d |

| 2D Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Uterus** | | | | | | | | |
| Cervix Length | 4.19 cm | 4.19 | | | | | | avg. |

| M-Mode Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Fetal Heart Rate** | | | | | | | | |
| Ventricular FHR | 136 bpm | 136 | | | | | | avg. |

| Doppler Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Placenta** | | | | | | | | |
| PS | -14.38 cm/s | 12.03 | -14.38 | | | | | max |
| ED | -8.51 cm/s | 7.04 | -8.51 | | | | | max |
| RI | 0.41 | 0.41 | 0.41 | | | | | avg. |

| 2D Generic | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Dist.** | | | | | | | | |
| D | 2.16 cm | 3.37 X 0.95 | | | | | | avg. |

MOSTLY ORGANIZED

SCH



**Obstetrics Report**
**Franklin University**

*Preliminary*

**Rosalind**

## *Obstetrics Report*     Page 1/2     **Rosalind Franklin University**

| *Patient / Exam Information* | | | | Date of Exam: | **01/24/2018** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Patient ID | **49914** | LMP | | **12/02/2017** | Gravida **4** |
| Name | **Carhee Stephanie** | DOC | | | Para |
| DOB, Age | **05/11/1967, 50** | EDD | | **09/08/2018** | AB **3** |
| Sex | **Female** | GA | | **7w4d** | Ectopic |
| | | GA(AUA) | | **7w3d** | Fetus **1** |
| | | EDD(AUA) | | **09/09/2018** | |

| | | | | | |
|---|---|---|---|---|---|
| Sonographer | **np** | Exam Type | **7w4d** | Comment | **fet 12-27-2017(5)** |
| Indication | **rec misc** | | | | |

| 2D Measurements | AUA | Value | m1 | m2 | m3 | Meth. | GP | | GA |
|---|---|---|---|---|---|---|---|---|---|
| CRL (Hadlock) | ☑ | **1.19 cm** | 1.15 | 1.24 | | avg. | 57.6% | | 7w3d |
| YS | | 0.41 cm | 0.44 | 0.37 | | avg. | | | |
| GS (Rempen) | ☐ | **1.83 cm** | 2.21 | 1.51 | 1.77 | avg. | 10.8% | | 6w5d |

| 2D Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Uterus** | | | | | | | | |
| Cervix Length | 4.51 cm | 4.51 | | | | | | avg. |

| M-Mode Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Fetal Heart Rate** | | | | | | | | |
| Ventricular FHR | 159 bpm | 158 | 160 | | | | | avg. |

| Doppler Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Placenta** | | | | | | | | |
| PS | -13.79 cm/s | -13.79 | -13.79 | | | | | max |
| ED | -8.22 cm/s | -8.22 | -8.22 | | | | | max |
| RI | 0.40 | 0.40 | 0.40 | | | | | avg. |

| | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| | 49 cm | 3.27 X 1.71 | | | | | | avg. |

*(handwritten notes)* First notice d slowly gestation SAC.

*(handwritten box)* Partially organized SCH

01/24/2018 7:29:15 AM

1/2

*(handwritten)* amnion



**Obstetrics Report**
**Franklin University**

*Preliminary* (handwritten)

***Rosalind***

## Obstetrics Report

Page 1/2

**Rosalind Franklin University**

Date of Exam: **01/30/2018**

### Patient / Exam Information

| | | | | | |
|---|---|---|---|---|---|
| Patient ID | **49914** | LMP | | Gravida | **4** |
| Name | **Carhee Stephanie** | DOC | **12/02/2017** | Para | |
| DOB, Age | **05/11/1967,50** | EDD | **09/08/2018** | AB | **3** |
| Sex | **Female** | GA | **8w3d** | Ectopic | |
| | | GA(AUA) | **8w1d** | Fetus | **1** |
| | | EDD(AUA) | **09/10/2018** | | |

Sonographer **np**        Exam Type (**8w3d**)        Comment   **fet 12-27-2017(5)**

Indication **rec misc**

### 2D Measurements

| | AUA | Value | m1 | m2 | m3 | Meth. | GP | GA |
|---|---|---|---|---|---|---|---|---|
| CRL (Hadlock) | ✓ | (**1.74 cm**) | 1.74 | 1.71 | 1.78 | avg. | 43.9% | 8w1d |
| YS | | 0.48 cm | 0.56 | 0.39 | | avg. | 5.5% | (7w1d) |
| GS (Rempen) | ☐ | (**2.24 cm**) | 2.79 | 1.99 | 1.95 | avg. | | |

### 2D Measurements

| | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Uterus** | | | | | | | | |
| Cervix Length | 4.86 cm | 4.86 | | | | | | avg. |

### M-Mode Measurements

| | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Fetal Heart Rate** | | | | | | | | |
| Ventricular FHR | (179 bpm) | 179 | 179 | | | | | avg. |

### Doppler Measurements

| | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Placenta** | | | | | | | | |
| PS | 16.14 cm/s | 11.15 | 16.14 | | | | | max |
| ES | 9.68 cm/s | 6.16 | 9.68 | | | | | max |
| RI | 0.43 | 0.45 | 0.40 | | | | | avg. |

| e | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|
| .35 cm | 1.60 X 1.09 | | | | | | avg. |

*Handwritten:* Stopped Blood thinner.

*Handwritten (boxed):* Sctt partially organized



**Obstetrics Report**
**Franklin University**

*Preliminary*

**Rosalind**

## Obstetrics Report     Page 1/2     **Rosalind Franklin University**

### Patient / Exam Information      Date of Exam: **02/02/2018**

| | | | | | |
|---|---|---|---|---|---|
| Patient ID | **49914** | LMP | **12/02/2017** | Gravida | **4** |
| Name | **Carhee Stephanie** | DOC | | Para | |
| DOB, Age | **05/11/1967, 50** | EDD | **09/08/2018** | AB | **3** |
| Sex | **Female** | GA | **8w6d** | Ectopic | |
| | | GA(AUA) | **8w5d** | Fetus | **1** |
| | | EDD(AUA) | **09/09/2018** | | |

| | | | | | |
|---|---|---|---|---|---|
| Sonographer | **np** | Exam Type | **8w6d** | Comment | **fet 12-27-2017(5)** |
| Indication | **rec misc** | | | | |

| 2D Measurements | AUA | Value | m1 | m2 | m3 | Meth. | GP | GA |
|---|---|---|---|---|---|---|---|---|
| CRL (Hadlock) | ✓ | **2.07 cm** | 2.01 | 2.08 | 2.13 | avg. | 39.7% | 8w5d |
| YS | | **0.44 cm** | 0.48 | 0.39 | | avg. | | |
| GS (Rempen) | ⊓ | **2.40 cm** | 3.13 | 2.12 | 1.96 | avg. | 3.5% | 7w3d |

| 2D Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Uterus** | | | | | | | | |
| Cervix Length | **4.87 cm** | 4.87 | | | | | | avg. |

| M-Mode Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth |
|---|---|---|---|---|---|---|---|---|
| **Fetal Heart Rate** | ✓ | | | | | | | |
| Ventricular FHR | **179 bpm** | 179 | | | | | | avg. |

| Doppler Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Placenta** | | | | | | | | |
| PS | **-12.03 cm/s** | 6.10 | -12.03 | | | | | max |
| ED | **-7.34 cm/s** | 3.75 | -7.34 | | | | | max |
| -- | **0.39** | 0.39 | 0.39 | | | | | avg. |

| | | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | avg. |
| | **1.25 cm** | 1.50 × 1.00 | | | | | | avg. |

*(handwritten:)* ADDED
Blood thinner
back into
regiment.
• Stop DEX, Replace
with Prednisone

*(handwritten box:)* more
organized
than 3 days ago

*(handwritten:)* 10    FRESH BLEED



**Obstetrics Report**
**Franklin University**

*Rosalind*

## Obstetrics Report      Page 1/1      *Rosalind Franklin University*

| Patient / Exam Information | | | | Date of Exam: **02/23/2018** |
|---|---|---|---|---|

| Name | **Carhee Stephanie** | LMP | **12/01/2017** | Gravida | **2** |
|---|---|---|---|---|---|
| DOB,Age | **05/11/1967,50** | DOC | | Para | **0** |
| Sex | **Female** | EDD | **09/07/2018** | AB | **2** |
| Patient ID | **49914** | GA | **12w0d** | Ectopic | |
| | | GA(AUA) | **12w0d** | Fetus | **1** |
| | | EDD(AUA) | **09/07/2018** | | |

Sonographer    **nc**      Exam Type    **12w0d**      Comment    **12.20.17 (5)**

Indication    **rec misc/ 6 ivf fail.**

| 2D Measurements | AUA | Value | m1 | m2 | m3 | Meth. | GP | GA |
|---|---|---|---|---|---|---|---|---|
| CRL (Hadlock) | ☑ | **5.34 cm** | 5.43 | 5.28 | 5.32 | avg. | 31.3% | 12w0d |

| 2D Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Uterus** | | | | | | | | |
| Cervix Length | **4.33 cm** | 4.33 | | | | | | avg. |

| M-Mode Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Fetal Heart Rate** | | | | | | | | |
| Ventricular FHR | **168 bpm** | 168 | | | | | | avg. |

| Doppler Measurements | Value | m1 | m2 | m3 | m4 | m5 | m6 | Meth. |
|---|---|---|---|---|---|---|---|---|
| **Placenta** | | | | | | | | |
| PS | **28.03 cm/s** | 28.03 | | | | | | max |
| ED | **17.11 cm/s** | 17.11 | | | | | | max |
| RI | **0.39** | 0.39 | | | | | | avg. |

*was 0.39*

Date:    **02/23/2018**    Perf. Physician:           Sonographer:    **nc**

*no sch.*

From: **Stephanie Carhee** scarhee@ucinterlink.com

Subject: **Stephanie Carhee - Medication list - Feb 4, 2018**

Date: **Feb 4, 2018 at 11:39:01 PM**

To: **Stephanie Carhee** scarhee@ucinterlink.com

## ⃝⃝ Medisafe

2/4/18

Below is a medication list from Medisafe, the #1 medication management mobile app.

### Active Meds

**Calcium** (600 mg)
Taken once a day, every day

**E2V Vaginal** (100 mg)
Taken once a day, every day

**Glucose meter**
Taken 3 times a day, every day

**Intralipid**
Taken once a day, every 14 days

**Levemir** (30 Units)
Taken twice a day, every day

**Lovenox** ~~(0.4 mg)~~ *fondaparium*

Taken once a day, every day

**Novolog** (2 Units)

Taken twice a day, every day

**Prednisone** (10 mg)

Taken twice a day, every day

**Prenatal Gummies Soft Chew**

Taken once a day, every day

**Progesterone** (200 mg)

Taken twice a day, every day

**Progesterone**

Taken once a day, every day

**Raspberry Ketone Ultra Capsule**

Taken once a day, every day

**Synthroid** (75 mcg)

Taken once a day, every day

**Vitamin D3** (5,000 iu)
Taken once a day, every day

## Inactive Meds

**Bayer Aspirin** (81 mg)
Taken once a day, every day

**C-progesterone** (1 ml)
Taken once a day, every day

**Ciprofloxacin**
Taken twice a day, every day

**Clindamycin** (150 mg)
Taken once a day, every day

**DHA Omega-3** (200 mg)
Taken once a day, every day

**Depo-Estradiol** (0.03 Units)
Taken once a day, every 3 days

**Dexamethasone** (0.75 mg)

Taken once a day, every day

## Sildenafil Citrate USP (25 mg)
Taken 4 times a day, every day

## Slow Fe (45 mg)
Taken once a day, every day

## Vitamin E 400 IU
Taken once a day, every day

Are you a physician interested in seeing your
patients' real-time adherence data and
health measurements? Try the Medisafe
Provider's Portal demo today.

Stephanie Carhee

Case: 1:14-cr-00287 Document #: 254 Filed: 04/10/18 Page 25 of 28 PageID #:912



# NORTHWESTERN MEDICAL GROUP
## DEPARTMENT OF OBSTETRICS AND GYNECOLOGIC ULTRASOUND
### 675 North St. Clair, Suite 14-200 Chicago, IL 60611
### Tel:312-695-8095  Fax:312-695-4424



---

### OBSTETRICS REPORT                    Signed Final 01/17/2018 10:32 am

**Patient Info**

ID #: 0102291476      Name: **STEPHANIE CARHEE**      D.O.B.: **05/11/67 (50 yrs)(F)**   Date: **01/17/2018 09:31 am**

**Performed By**

| | |
|---|---|
| Performed By: **Michelle Pagan RDMS,RTR** | Referred By: **Alan Peaceman MD** |
| Attending: **Leeber Cohen MD** | Ref Address: **675 N St Clair 14-200** |
| Exam Location: **NMG Galter 14-200** | **Chicago IL 60611** |

**Service(s) Provided**

OB Transvaginal

**Indications**

Viability

**Fetal Evaluation**

| | | | |
|---|---|---|---|
| Number Of Fetuses: | 1 | Fetal Heart Rate(bpm): | 127 |
| Preg. Location: | Intrauterine | Cardiac Activity: | Observed |
| Gest. Sac: | Visualized | Fetal Lie: | Gestational age too early to evaluate |
| Yolk Sac: | Visualized | Presentation: | Gestational age too early to evaluate |
| Fetal Pole: | Visualized | Placenta: | Gestational age too early to evaluate |

**Amniotic Fluid**
Amniotic F.V.:     Within normal limits

**Biometry**

CRL:      5.2  mm.   G. Age: 6w 2d      EDD:  9/10/2018

**Gestational Age**

**Best**     6w 3d        Determined By:  Embryo Transfer  (12/20/17)     **EDD:**  09/09/18

**Anatomy**

Other:          Gestational age too early to evaluate fetal anatomy.

**Cervix Uterus Adnexa**

| | |
|---|---|
| Cervix: | Within normal limits |
| Uterus: | Myomas seen |
| Cul De Sac: | No fluid seen |
| Left Ovary: | Not visualized |
| Right Ovary: | Not visualized |

**Comments**

Transvaginal ultrasound was performed due to early gestational age.

Thank you for allowing us to participate in the care of Ms. STEPHANIE CARHEE. Please do not hesitate to call us if you have any questions.

*Leeber Cohen, MD*
**Electronically Signed Final Report   01/17/2018 10:32 am**

---

## Rosalind Franklin University Center for Women's Health
### Reproductive Medicine
830 West End Ct, Vernon Hills, IL, 60061  Phone: 847-247-6900  Fax: 847-247-6951

## 2ND/3RD TRIMESTER ULTRASOUND REPORT

Name: Carhee, Stephanie    ID: 6150

Age: 50 yrs   3   0   Abortion 2   IVFf 6

History: recurrent miscarriage

Scan Date: 4/5/2018
LMP: 12/2/2017
EDC (by LMP): 9/8/2018
Gestation Age by date: 17 wks 5 d

Fetal Number: Single
Presentation: Cephalic

| | | | | | |
|---|---|---|---|---|---|
| Biparietal Diameter (BPD) | 3.9 | cm | 17 | wks | 6 d |
| Head Circumference (HC) | 14.4 | cm | 17 | wks | 5 d |
| Abdomen Circumference (HC) | 12 | cm | 17 | wks | 5 d |
| Femoral Length (FL) | 2.5 | cm | 17 | wks | 5 d |

**Composite Age**: 17 wks 5 d
EDC (US): 9/8/2018
Estimated Fetal Weight: 206 ± 30 grams
Weight Percentile: ___ - th percentile
Fetal Heart Rate: 157 bpm

Placenta: posterior fundal
Placental Artery RI: 0.35
Umbilical Artery S/D:
Cervix length: 3.9 cm

### FETAL ANATOMY
The following were visualized:

| | |
|---|---|
| Cranium | ☑ |
| Cerebellum | ☑ |
| Cisterna Magnum | ☑ |
| Face/orbits | ☑ |
| Spine | ☑ |
| 4 chamber heart | ☐ |
| Gastric bubble | ☑ |
| Abdominal wall | ☑ |
| 3 vessel cord | ☐ |
| Kidneys | ☐ |
| Bladder | ☑ |
| Extremities | ☑ |

### BIOPHYSICAL PROFILE

| | |
|---|---|
| NST | |
| Fetal Tone | |
| Fetal Movement | |
| Fetal Breathing | |
| Amniotic Fluid | |
| BPP Score | |

AFI: ___ cm

## IMPRESSIONS

Single viable intrauterine pregnancy is observed in cephalic presentation.

Composite gestational age is 17 weeks and 5 days.

Fetal size and growth are appropriate for gestational age. No gross fetal anomalies were seen.

Placental artery Doppler study is within normal limits. Placenta is posterior fundal.

Cervical length is within normal range. Due to maternal body habitus scan is limited.

Incidental findings: numerous cysts are identified in maternal mid abdomen, largest is 13.3 cm.

Follow-up ultrasound examination is recommended as needed.

Sonographer: _____

Joanne Kwak-Kim, MD

## Results for CARHEE, STEPHANIE L 05/11/1967 (50yo F) #49914 E#49914

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|--------|--------|-----------|-------|---|--------|-----|

**☐ COMPLETE BLOOD COUNT (WITH REFLEX TO MANUAL DIFFERENTIAL)** (#1534014, Final, 4/5/2018 1:00pm, tied to order #1533878)

| Note to Patient | | | |
|---|---|---|---|
| Ordering Provider | JOANNE KWAK-KIM, MD | Performing Lab | RFUMS CLINICAL IMMUNOLOGY LAB 3333 GREEN BAY RD NORTH CHICAGO IL 60064-3095 |
| Specimen/Accession ID | 135505 | Specimen Source | Blood venous |
| Specimen Coll. Date | 04/05/2018 13:00 | Result Status | Final |
| Specimen Rec. Date | 04/05/2018 16:02 | Report Status | |
| Specimen Reported Date | 04/05/2018 16:17 | | |

| | Result | Ref. Range | Units | | Status |
|---|---|---|---|---|---|
| WBC | 6.9 | 3.1-10.5 | 10^3/uL | | Final |
| RBC | 4.13 | 4.01-5.85 | 10^6/uL | | Final |
| HGB | 12.6 | 11.8-17.5 | g/dL | | Final |
| HCT | 36.9 | 36.2-52.3 | % | | Final |
| MCV | 89 | 83-96 | fL | | Final |
| MCH | 30.5 | 26.7-32.8 | pg | | Final |
| MCHC | 34.1 | 31.9-34.4 | g/dL | | Final |
| RDW | 13.6 | 7.8-16.2 | % | | Final |
| PLT | 284 | 151-402 | 10^3/uL | | Final |
| NEUT% | 70.1 | 43.2-77.0 | % | | Final |
| LYMP% | 18.3 | 19.9-46.3 | % | Low | Final |
| MONOC% | 9.1 | 1.7-9.3 | % | | Final |
| EOSIN% | 2.1 | 0.0-2.9 | % | | Final |
| BASO% | 0.4 | 0.0-1.0 | % | | Final |

| Order Type | Result Type | Result Value | Ref. Range | Result Units | Highlight | Date Collected | Note |
|---|---|---|---|---|---|---|---|
| CBC W/ AUTO DIFF | ▼ | | | | ☐ | 04/05/2018 | ⊗ ⊕ |

**☐ COMPREHENSIVE METABOLIC PANEL** (#1534038, Final, 4/5/2018 1:00pm, tied to order #1533883)

| Note to Patient | | | |
|---|---|---|---|
| Ordering Provider | JOANNE KWAK-KIM, MD | Performing Lab | RFUMS CLINICAL IMMUNOLOGY LAB 3333 GREEN BAY RD NORTH CHICAGO IL 60064-3095 |
| Specimen/Accession ID | 135505 | Specimen Source | Blood venous |
| Specimen Coll. Date | 04/05/2018 13:00 | Result Status | Final |
| Specimen Rec. Date | 04/05/2018 16:02 | Report Status | |
| Specimen Reported Date | 04/05/2018 16:30 | | |

| | Result | Ref. Range | Units | | Status |
|---|---|---|---|---|---|
| GLU | 82 | 75-110 | mg/dL | | Final |
| TP | 6.3 | 5.8-8.1 | g/dL | | Final |
| ALB | 3.20 | 3.20-5.00 | g/dL | | Final |
| GLOB | 3.1 | 2.2-4.2 | g/dL | | Final |
| A/G | 1.0 | 0.8-2.0 | | | Final |
| TBILI | 0.40 | 0.10-1.30 | mg/dL | | Final |
| AST | 19 | 17-59 | U/L | | Final |
| ALT | 29 | 21-72 | U/L | | Final |

From:RFUHS Reproductive Medicine          847 247 6951          04/06/2018 14:16          #254 P.003/005

## Results for CARHEE, STEPHANIE L 05/11/1967 (50yo F) #49914 E#49914

| | | | | | | |
|---|---|---|---|---|---|---|
| ALKP | 68 | 20-125 | U/L | | Final | |
| CA | 9.6 | 8.5-10.3 | mg/dL | | Final | |
| BUN | 4 | 9-20 | mg/dL | Low | Final | |
| CREA | 0.50 | 0.55-1.25 | mg/dL | Low | Final | |
| B/CR | 8.0 | 6.0-25.0 | | | Final | |
| NA+ | 133 | 135-146 | mmol/L | Low | Final | |
| K+ | 3.4 | 3.5-5.3 | mmol/L | Low | Final | |
| CL- | 104 | 95-108 | mmol/L | | Final | |
| ECO2 | 21.0 | 22.0-30.0 | mmol/L | Low | Final | |

| Order Type | Result Type | Result Value | Ref. Range | Result Units | Highlight | Date Collected | Note | |
|---|---|---|---|---|---|---|---|---|
| CMP, SERUM OR PLASMA | | | | | ☐ | 04/05/2018 | | ⊗ ⊕ |

☐ **ESTRADIOL** (#1534072, Final, 4/5/2018 1:00pm, tied to order #1533263)

