FILED

APR 16 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br>　　Plaintiff,<br>v.<br>Leonardo Sanders,<br>　　Defendant. | Case No. 14 CR 287-5<br><br>Honorable Charles Norgle, Sr. |

### PRO SE EMERGENCY MOTION TO RECONSIDER STAY OF MITIMUS

Comes now the defendant Leonardo Sanders, pro se, and respectfully moves this Honorable Court for an emergency stay of mitimus, and in support of his pro se motion the defendant states as follows:

　1.　Defendant was convicted of conspiracy with intent to commit bank fraud in violation of 18 USC section 1956?

　2.　On November 30, 2017, after entering into a plea declaration and pleading guilty to count one of the conspiracy, defendant was sentenced to 27 months in custody. He was also ordered to serve three years supervision, and pay of statutory fines and restitution of $1,006,035.

　3.　Defendant was originally ordered to surrender to the BOP at FCI Terre Haute Indiana on February 20, 2018

　4.　Following a request for a stay of minimus, the court granted and in large meant of time for the defendant to surrender until April 20, 2017.

　5.　Following a second request by counsel for additional time, the court denied his subsequent request and the surrender date of April 20, 2018 at 2 PM stands.

　6.　Following a third request by defendant Leonardo Sanders, pro se, for an emergency stay of mitimus Denied.

　7.　Notwithstanding the defendants duty to this court to timely surrender to the BOP to command service of his incarceration there are new developments which require defendant immediate attention.

8.Mr. Sanders and his fiancée Ms. Carhee attended a routine 2nd/3rd Trimester Ultrasound the exam discovered an incidental finding: numerous cysts were identified in maternal mid abdomen, the largest is 13.3 cm in size.

1

9. From April 7, to April 9th 2018. Ms. Carhee was in tremendous pain with Diarrhea, Nausea, Vomiting and Back Pain possible leaking of fluids from the procedure.
On April 10, 2018 after speaking with our Obstetrics and Gynecology at Northwestern Memorial Hospital she advised us to check into the hospital. Various test were performed with no conclusion.
10. April 12,2018 Procedure: MRI ABDOMEN WO CONTRAST
Findings: The Liver is enlarged measuring 24cm in length. There multiple liver lesions throughout the hepatics parenchyma, some of which contain internal T1 hyperintense signal suggesting internal hemorrhagic or proteinaceous contents. The largest cyst within the inferior aspect of the hepatics lobe measures 12.9x12.3x13.6 cm with over 100 smaller cyst.
April 12, 2018 Treatment: Drained the two largest cyst resulting in 4lbs of fluid removed. Discharged April 12, 2018 to rest and heal.

11. April 15, 2018 Ms. Carhee had to go the Emergency Room for pain, which included admittance into the hospital for another MRI for April 16, 2018 to check if there is any leakage, include to check the other 98 cyst.

12. This is a critical time in the pregnancy to address this issues that could impact the mother and baby.

13. We are requesting that Mr. Sanders continue providing assistance to the Mother and the Unborn Infant until June 20th 2018 which will get the pregnancy to a safe date.

14. This request is made in good faith. It is not intended to cause any unreasonable delay in the defendant commencing service of his time.

15. The United States would not be unduly prejudice by granting this request.
16. The ends of justice militate in favor of Your honor granting one more extension of a stay of mitimus for self-surrender.

    WHEREFORE the reasons stated above the defendant acting on his own behalf and appearing Pro Se respectfully pray this Honorable Court reconsider granting one final stay of mitimus.

Your Honor as of 1999, I became a born again Christian and for the past 19 years, I have tried to live by the teaching of the Bible. Therefore, I swore on the Bible to tell the truth which, I did to the best of my knowledge. Therefore, I will never enter a court of Law and not tell the truth for Anyone for Any reason!

    Respectfully submitted,

    S/ Leonardo Sanders

**NOTICE OF FILING**

I, Leonardo Sanders, the defendant in this cause do state and on oath depose that I caused to be served on this day April 16, 2018 a copy of this Emergency Motion For Stay of Mitimus by filing a copy with the United States Clerk of the District Court on the 20th floor at 219 S. Dearborn Chicago, IL 60604 and serving a copy of same upon Chambers pursuant to local rule.

S/Leonardo Sanders

Leonardo Sanders,
Defendant
175 E. Delaware Pl.
Chicago IL 60611
(312) 593-6683

Print This Page | Close This Window

Name: Stephanie Carhee  | MRN: 006976187 | PCP: Kimbra A Bell, MD

# MRI ABDOMEN WO CONTRAST - Details

i About This Test

## Study Result

**Narrative**

PROCEDURE: MRI ABDOMEN WO CONTRAST

HISTORY: Large abdominal cyst

TECHNIQUE: Axial and coronal T2 HASTE, axial in and opposed phase T1, axial diffusion and ADC, axial T2 fat supressed, and axial and coronal True-FISP images were obtained per the "Non-contrast Liver" protocol.

COMPARISON: MRI of the pelvis dated 12/8/2008

FINDINGS:
Liver: The liver is enlarged measuring 24 cm in length. There is no evidence of hepatic steatosis. There multiple liver lesions throughout the hepatic parenchyma, some of which contain internal T1 hyperintense signal suggesting internal hemorrhagic or
proteinaceous contents. The largest cyst within the inferior aspect of the right hepatic lobe measures 12.9 x 12.3 x 13.6 cm. The mass effect from the large cyst causes medialization of the left kidney which compresses the infrarenal IVC. This is
changed from the prior examination in 2008 where the right kidney was normally positioned. There are no filling defects within the portal vein but noncontrast technique.

Biliary Tree: There is no intrahepatic or extrahepatic biliary ductal dilatation. The gallbladder is present.

Pancreas: The pancreas is normal in signal intensity without evidence of mass or pancreatic duct dilatation.

Spleen: The spleen is normal size.

Adrenal glands: Unremarkable.

Kidneys: The left kidney is normal in size and position. The right kidney is inferiorly and medially displaced by the large inferior right hepatic lobe cyst.

Bowel: There is no bowel obstruction.

Lymph nodes: There is no pathologic lymphadenopathy by imaging criteria.

Other: There is no abdominal fluid collection. Minimal visualization of the gravid uterus.



After Visit Summary For:

**Stephanie Carhee**
MRN: 006976187

View an electronic copy of your discharge instructions on MyChart.nm.org

## About your hospitalization
You were admitted on: April 10, 2018
You were discharged on: April 12, 2018

**Northwestern Memorial Hospital**
250 E Superior St, 9th Floor
Chicago IL 60611
Phone: 312-926-2000
Fax: 312-926-2000

**Text Telephone number for the Hearing Impaired:**
630-933-4833

## You Were Cared For By
Brenda O Onia, MD

## L&D Presenting Concern
**Diarrhea**
**Nausea And Vomiting**
**Back Pain**

## You Were Seen For
Intractable Vomiting With Nausea
You Were Also Seen For: Diarrhea

## Information about your Pregnancy
Countdown to Due Date: 21 weeks 3 days

| Due Date | How Far Along Am I? | Pregnancy Weight Gain | Weight Gain Since Prior Visit (3/28/2018) |
|---|---|---|---|
| 9/7/2018 | 18 weeks 4 days | 28 lb (12.7 kg) | -9.9 lb (-4.5 kg) |

## Care Instructions
None

## Notify Provider

**CALL your healthcare provider IF:**
* If your water breaks, you may have a gush of fluid or just a slow trickling leak. If you suspect a ruptured bag, please note the time your water breaks and the color of the water. Put a peripad on and wear it to the hospital.

IMPRESSION:
Hepatomegaly due to multiple hepatic cysts. The largest is within the inferior right hepatic lobe measuring 12.5 x 12.3 x 13.6 cm in size which causes mass effect on the right kidney and displaces it inferiorly and medially. The renal displacement
causes mass effect on the infrarenal IVC.

FINAL REPORT
THE ATTENDING RADIOLOGIST INTERPRETED THIS STUDY WITH THE RESIDENT
WHOSE NAME APPEARS BELOW, AND FULLY AGREES WITH THE REPORT
AND HAS AMENDED THE REPORT WHEN NECESSARY:
Attending Radiologist: Hammond, Nancy MD
Radiology Resident: Batchelor, Brett MD
Date Signed Off: 04/12/2018 13:46

## Component Results

There is no component information for this result.

## General Information

Collected: 04/12/2018 7:26 AM
Resulted: 04/12/2018 1:46 PM
Ordered By: Amanda Maurine Schieler, MD
Result Status: Final result
This test result has been released by an automatic process.

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.

## Rosalind Franklin University Center for Women's Health
### Reproductive Medicine
830 West End Ct, Vernon Hills, IL, 60061  Phone: 847-247-6900  Fax: 847-247-6951

## 2ND/3RD TRIMESTER ULTRASOUND REPORT

Name: Carhee, Stephanie   ID: 6150
Age: 50 yrs   3   0 Abortion 2   IVFf 6
History: recurrent miscarriage

Scan Date: 4/5/2018
LMP: 12/2/2017
EDC (by LMP): 9/8/2018
Gestation Age by date: 17 wks 5 d

Fetal Number: Single
Presentation: Cephalic

| Measurement | Value | Age | |
|---|---|---|---|
| Biparietal Diameter (BPD) | 3.9 cm | 17 wks | 6 d |
| Head Circumference (HC) | 14.4 cm | 17 wks | 5 d |
| Abdomen Circumference (HC) | 12 cm | 17 wks | 5 d |
| Femoral Length (FL) | 2.5 cm | 17 wks | 5 d |
| Composite Age | | 17 wks | 5 d |

EDC (US): 9/8/2018
Estimated Fetal Weight: 206 ± 30 grams
Weight Percentile: - th percentile
Fetal Heart Rate: 157 bpm

Placenta: posterior fundal
Placental Artery RI: 0.35
Umbilical Artery S/D:
Cervix length: 3.9 cm

### FETAL ANATOMY
The following were visualized:
- Cranium ☑
- Cerebellum ☑
- Cisterna Magnum ☑
- Face/orbits ☑
- Spine ☑
- 4 chamber heart ☐
- Gastric bubble ☑
- Abdominal wall ☑
- 3 vessel cord ☐
- Kidneys ☐
- Bladder ☑
- Extremities ☑

### BIOPHYSICAL PROFILE
- NST
- Fetal Tone
- Fetal Movement
- Fetal Breathing
- Amniotic Fluid
- BPP Score

AFI ___ cm

### IMPRESSIONS
Single viable intrauterine pregnancy is observed in cephalic presentation.
Composite gestational age is 17 weeks and 5 days.
Fetal size and growth are appropriate for gestational age. No gross fetal anomalies were seen.
Placental artery Doppler study is within normal limits. Placenta is posterior fundal.
Cervical length is within normal range. Due to maternal body habitus scan is limited.
Incidental findings: numerous cysts are identified in maternal mid abdomen, largest is 13.3 cm.

Follow-up ultrasound examination is recommended as needed.

Sonographer

Joanne Kwak-Kim, MD

Results for CARHEE, STEPHANIE L ############ #49914 E#49914

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| ☐ **COMPLETE BLOOD COUNT (WITH REFLEX TO MANUAL DIFFERENTIAL)** (#1534014, Final, 4/5/2018 1:00pm, tied to order #1533878) | | | | | | |

| | | |
|---|---|---|
| Note to Patient | | |
| Ordering Provider | JOANNE KWAK-KIM, MD | Performing Lab: RFUMS CLINICAL IMMUNOLOGY LAB, 3333 GREEN BAY RD, NORTH CHICAGO IL 60064-3095 |
| Specimen/Accession ID | 135505 | Specimen Source: Blood venous |
| Specimen Coll. Date | 04/05/2018 13:00 | Result Status: Final |
| Specimen Rec. Date | 04/05/2018 16:02 | Report Status: |
| Specimen Reported Date | 04/05/2018 16:17 | |

| Test | Result | Ref. Range | Units | Flag | Status |
|---|---|---|---|---|---|
| WBC | 6.9 | 3.1-10.5 | 10^3/uL | | Final |
| RBC | 4.13 | 4.01-5.85 | 10^6/uL | | Final |
| HGB | 12.6 | 11.8-17.5 | g/dL | | Final |
| HCT | 36.9 | 36.2-52.3 | % | | Final |
| MCV | 89 | 83-96 | fL | | Final |
| MCH | 30.5 | 26.7-32.8 | pg | | Final |
| MCHC | 34.1 | 31.9-34.4 | g/dL | | Final |
| RDW | 13.6 | 7.8-16.2 | % | | Final |
| PLT | 284 | 151-402 | 10^3/uL | | Final |
| NEUT% | 70.1 | 43.2-77.0 | % | | Final |
| LYMP% | 18.3 | 19.9-46.3 | % | Low | Final |
| MONOC% | 9.1 | 1.7-9.3 | % | | Final |
| EOSIN% | 2.1 | 0.0-2.9 | % | | Final |
| BASO% | 0.4 | 0.0-1.0 | % | | Final |

| Order Type | Result Type | Result Value | Ref. Range | Result Units | Highlight | Date Collected | Note |
|---|---|---|---|---|---|---|---|
| CBC W/ AUTO DIFF | | | | | ☐ | 04/05/2018 | |

☐ **COMPREHENSIVE METABOLIC PANEL** (#1534038, Final, 4/5/2018 1:00pm, tied to order #1533883)

| | | |
|---|---|---|
| Note to Patient | | |
| Ordering Provider | JOANNE KWAK-KIM, MD | Performing Lab: RFUMS CLINICAL IMMUNOLOGY LAB, 3333 GREEN BAY RD, NORTH CHICAGO IL 60064-3095 |
| Specimen/Accession ID | 135505 | Specimen Source: Blood venous |
| Specimen Coll. Date | 04/05/2018 13:00 | Result Status: Final |
| Specimen Rec. Date | 04/05/2018 16:02 | Report Status: |
| Specimen Reported Date | 04/05/2018 16:30 | |

| Test | Result | Ref. Range | Units | Flag | Status |
|---|---|---|---|---|---|
| GLU | 82 | 75-110 | mg/dL | | Final |
| TP | 6.3 | 5.8-8.1 | g/dL | | Final |
| ALB | 3.20 | 3.20-5.00 | g/dL | | Final |
| GLOB | 3.1 | 2.2-4.2 | g/dL | | Final |
| A/G | 1.0 | 0.8-2.0 | | | Final |
| TBILI | 0.40 | 0.10-1.30 | mg/dL | | Final |
| AST | 19 | 17-59 | U/L | | Final |
| ALT | 29 | 21-72 | U/L | | Final |

From:RFUHS Reproductive Medicine  847 247 6951  04/06/2018 14:16  #254 P.003/005

## Results for CARHEE, STEPHANIE L 05/11/1967 (50yo F) #49914 E#49914

| | | | | | |
|---|---|---|---|---|---|
| ALKP | 68 | 20-125 | U/L | | Final |
| CA | 9.6 | 8.5-10.3 | mg/dL | | Final |
| BUN | 4 | 9-20 | mg/dL | Low | Final |
| CREA | 0.50 | 0.55-1.25 | mg/dL | Low | Final |
| B/CR | 8.0 | 6.0-25.0 | | | Final |
| NA+ | 133 | 135-146 | mmol/L | Low | Final |
| K+ | 3.4 | 3.5-5.3 | mmol/L | Low | Final |
| CL- | 104 | 95-108 | mmol/L | | Final |
| ECO2 | 21.0 | 22.0-30.0 | mmol/L | Low | Final |

| Order Type | Result Type | Result Value | Ref. Range | Result Units | Highlight | Date Collected | Note |
|---|---|---|---|---|---|---|---|
| CMP, SERUM OR PLASMA | | | | | ☐ | 04/05/2018 | |

☐ **ESTRADIOL** (#1534072, Final, 4/5/2018 1:00pm, tied to order #1533263)

