

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-287 |
| | ) | |
| LEONARDO SANDERS, | ) | |
| | ) | Hon. Charles R. Norgle |
| Defendant. | ) | |
| | ) | |

## ORDER

Defendant Sanders' Pro Se Emergency Motion to Reconsider Stay of Mitimus [254] is denied. Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018.

## STATEMENT

The motion now before the Court raises no new issues and is instead a recitation of Defendant's Second Motion to Extend Time for Voluntary Surrender, which the Court previously denied. Because no new issues are raised, the Court denies this motion for the reasons articulated in its April 5, 2018 Order. Defendant shall report to the designated institution before 2:00 p.m. on April 20, 2018.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 12, 2018