OR 18.

FILED

APR 18 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S.C.A. ——— CUIT
RECEIVED
APR 18 2018
GINO J. AGNELLO
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,      ]
    *Plaintiff-Appellee*,      ]
               ]      Appeal from U.S. District Court
    v.              ]      N.D.IL Case No. 14-CR-287-5
               ]      Honorable Charles Norgle, Sr.,
LEONARDO V. SANDERS,      ]      Judge presiding.
    *Defendant-Appellant*.      ]

## EMERGENCY *PRO SE* APPEAL OF ORDER TO DENY MOTION
## TO STAY MITIMUS

      This is a Pro-Se Appeal from a final order denying *pro se* motion for emergency

reconsideration of a motion for stay of *mitimus*. Defendant/Appellant, Leonardo V.

Sanders, appearing *pro se*, and moves this Honorable Court for an emergency stay of

*mitimus* and review of final order denying his emergency pro se motion to reconsider

order denying prior motion for stay of *mitimus.* In support thereof, the *pro se*

defendant/appellant states the following:

1. My fiancé and our soon to be newborn baby girl are in a state of high risk second

trimester pregnancy at Northwestern Memorial Hospital

2. I appeared *pro se* after my prior motion to stay mitimus was denied without a hearing.

3. I subsequently filed an emergency pro se motion to reconsider the summary denial of

my request for a stay of mitimus. This too was denied without a hearing

4. Currently, I am scheduled to surrender to the Bureau of Prisons as designated on or

before April 20, 2018 at 2:00 pm. I am ready willing and able to surrender as specified,

but for the following emergency nature of my fiancé's pregnancy.

5. I have expressed to the district court my grave concerns for the life of my fiancé and

our innocent unborn baby girl.

6. My fiancée, Stephanie Carhee, is 50 years old and is in a high-risk category currently and moving further. She has no other caretakers to assist her with her first pregnancy.

7. More specifically, Ms. Stephanie Carhee's mother lives in and is residing in California. Unfortunately, she too has had a recent medical procedure from which she is currently in recovery.

7. Appellant/defendant Sanders was of the belief that his older brother, Darryl Sanders, who resides in Florida could provide some assistance just in case he had to go in and begin serving his time, but this too fell through and he is otherwise unavailable to provide any assistance.

8. Similarly, appellant/defendant also has a younger brother, Patrick Sanders, who is also unable to provide any assistance due to his life long battle with prescription drug use.

9. Lastly, appellant/defendant has a sister, August Lowe, who is currently dealing with Type 1 childhood *diabetes mellitus* and has an assortment of medical challenges that preclude her from giving aid and assistance during these medically hazardous times.

10. On or about April 10 and then again on April 12, 2018, Ms. Carhee was admitted via the emergency room at Northwest Memorial Hospital, Labor and Delivery department. Tis was due to complaints of severe abdominal pain. During her stay there, complications from an adnominal cyst removal procedure performed on April 12, 2018, which caused Ms. Carhee to again be readmitted back through the emergency room.

10. I have been with her throughout all of these procedures as her only guardian in fact. We are scheduled to meet with the GI specialist on April 18, 2018 and are further

2

anticipating a detailed plan to address these extremely serious medical issues that require further treatment from her specialist.

11. In an effort to provide the Court with a chronology of events that have led appellant/defendant to make these requests that were denied by the lower court without so much as a hearing, appellant/defendant states that:

A. On April 5, 2018. Mr. Sanders and his fiancée Ms. Carhee attended a routine 2nd Trimester Ultrasound, the exam of which discovered an incidental finding: numerous cysts were identified in maternal mid abdomen, the largest is 13.3 cm in size.

B. On April 7 - April 9, 2018, Ms. Carhee was in tremendous pain with Diarrhea, Nausea, Vomiting and Back Pain.

C. On April 10, 2018 after speaking with the Obstetrics and Gynecology specialist at Northwestern Memorial Hospital, she advised us to check into the hospital where various tests were performed with inconclusive results.

D. On April 12, 2018 an MRI was done on her abdomen without contrast, where it found that: The Liver is enlarged measuring 24cm in length. There are multiple liver lesions throughout the hepatics parenchyma, some of which contain internal T1 hyperintense signal suggesting internal hemorrhagic or proteinaceous contents. The largest cyst within the inferior aspect of the hepatics lobe measures 12.9x12.3x13.6 cm with over 100 smaller cyst present. It was discovered that several key organs were impacted including kidneys, lungs and abdomen.

E. On April 12, 2018 the medical staff: Drained the two largest cysts resulting in 4lbs of fluid removed.

3

F.  She was discharged April 12, 2018 for rest and recovery.

G.  Then on April 15, 2018 appellant/defendant had to rush his fiancée, Ms. Carhee
back to Northwestern Memorial hospital emergency room with once again severe
abdomen pain.

12.  We are respectfully requesting that the appellant/defendant Leonardo V. Sanders can
continue providing aide and support until such time as the prenatal infant, his baby
daughter, becomes viable and Ms. Carhee is not longer in danger.

13.  This request is made in good faith and is not intended to cause any unreasonable
delay in the defendant commencing the service of his time.

14.  Appellant/defendant did not appeal his conviction or his sentence, but does
respectfully pray that this Honorable Court will review the two prior denials of an
emergency stay of *mitimus* to allow some time to find a suitable caregiver that can be
with Ms. Carhee and our baby during these intensive medical procedures designed to
save both of their lives.

15.  The United States would not be unduly prejudice by granting this request.

16.  The ends of justice militate in favor of granting an emergency 60 day extension of
a stay of *mitimus* for self-surrender.

WHEREFORE the reasons stated above, the appellant/defendant, acting *pro se*,
respectfully pray this Honorable Court grant a stay of *mitimus.*

Respectfully submitted,


s/ Leonardo V. Sanders,
Appellant/Defendant

Leonardo V. Sanders
Pro se Appellant/Defendant
175 E. Delaware PL
Chicago, IL 60611


STATE OF ILLINOIS   ]
                   ]    SS.
COUNTY OF COOK   ]

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTE that on 4/18/2018, I caused to be filed with the

Clerk of the United States Court OF APPEALS FOR THE SEVENTH

CIRCUIT, through their CM/ECF filing system, a copy of this Notice

together with the attached pleadings, on or before 4:00 p.m.


                                              s/ Leonardo V. Sanders

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:14-cr-287 |
| | ) | |
| LEONARDO SANDERS, | ) | |
| | ) | Hon. Charles R. Norgle |
| Defendant. | ) | |
| | ) | |

## ORDER

Defendant Sanders' Second Motion to Extend Time for Voluntary Surrender [250] is denied. Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018.

## STATEMENT

Defendant was indicted on May 15, 2014 for crimes committed from March 2007 through July 2012. Beginning in March 2017, Defendant entered into a scheme to defraud banks and obtain money through false pretenses. Specifically, Sanders recruited individuals to purchase condominium units at 1255 South State Street in Chicago, Illinois. Buyers would obtain mortgages through fraudulent means and Sanders would reap the benefits.

On June 17, 2016, Defendant pleaded guilty to one count of bank fraud in violation of 18 U.S.C. § 1344. On November 30, 2017, Defendant was sentenced to a total term of imprisonment for twenty-eight months. He was originally ordered to surrender on February 20, 2018, but on February 8, 2018, the Court granted his request to extend the time for surrender. In his initial motion Defendant argued that: "Mr. Sanders' fianc[é] is pregnant, in a very high risk pregnancy. She is presently on bedrest. In order to assist her, Mr. Sanders helps her with cooking, cleaning, administering medication, and transportation to medical appointments." Unopposed Motion to Extend Time for Voluntary Surrender, CM-ECF No. 239 ¶ 3. Now Defendant makes an identical argument seeking an additional five months. The Court imagines that in five months Defendant will be faced with a new set of personal challenges related to caring for an infant.

Because, this matter has languished before the Court for nearly four years and over a decade has passed since the Defendant's fraud the Court declines to again extend the surrender date. Defendant shall report to the designated institution before 2:00 p.m. on April 20, 2018.

IT IS SO ORDERED.

ENTER:

_Charles Norgle_

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 5, 2018



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
v. ) No. 1:14-cr-287
)
LEONARDO SANDERS, )
) Hon. Charles R. Norgle
Defendant. )
)

## ORDER

Defendant Sanders' Pro Se Emergency Motion to Reconsider Stay of Mitimus [254] is denied. Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018.

## STATEMENT

The motion now before the Court raises no new issues and is instead a recitation of Defendant's Second Motion to Extend Time for Voluntary Surrender, which the Court previously denied. Because no new issues are raised, the Court denies this motion for the reasons articulated in its April 5, 2018 Order. Defendant shall report to the designated institution before 2:00 p.m. on April 20, 2018.

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 12, 2018

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                       Case No.: 1:14–cr–00287

                                       Honorable Charles R. Norgle Sr.

Leonardo V Sanders, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 30, 2017:

       MINUTE entry before the Honorable Charles R. Norgle as to Leonardo V Sanders: Sentencing held on 11/30/2017. Mailed notice (ewf,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.



# UNITED STATES DISTRICT COURT
### Northern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| Leonardo V. Sanders | ) | Case Number:    14 CR 287-5 |
| | ) | USM Number:    47274-424 |
| | ) | |
| | ) | |
| | ) | Daniel Hesler |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) One
☐ pleaded nolo contendere to count(s)        which was accepted by the court.
☐ was found guilty on count(s)        after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 U.S.C. § 1344** | Bank Fraud | 07/31/2012 | 1 |

The defendant is sentenced as provided in pages 2 through 10 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) any remaining counts are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

11/30/2017
Date of Imposition of Judgment

Signature of Judge

CHARLES R. NORGLE        JUDGE
Name and Title of Judge

NOV 3 0 2017
Date

Case: 1:14-cr-00287 Document #: 259 Filed: 04/19/17 Page 2 of 32 PageID #:3463

DEFENDANT: LEONARDO V. SANDERS
CASE NUMBER: 14 CR 287-5

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 3 of 10

DEFENDANT: LEONARDO V. SANDERS
CASE NUMBER: 14 CR 287-5

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: twenty-eight (28) months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

      ☐ at      on

   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☒ before 2:00 pm on 02/20/2018.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 4 of 10

DEFENDANT: LEONARDO V. SANDERS
CASE NUMBER: 14 CR 287-5

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
two (2) years on Count One.

You must report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☒ (1) you shall not commit another Federal, State, or local crime.

☒ (2) you shall not unlawfully possess a controlled substance.

☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b).**]

☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).

☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.

☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall provide financial support to any dependents if financially able.

☒ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).

☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:

☐ (4) you shall seek, and work conscientiously at, lawful employment or pursue conscientiously a course of study or vocational training that will equip you for employment.

☒ (5) you shall refrain from engaging in a specified occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in such a specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) any mortgage transactions, without the prior approval of the probation office, excluding defendant's purchase of real estate property wherein he wil be the homeowner and occupant of the property..

☒ (6) you shall refrain from knowingly meeting or communicating with any person whom you know to be engaged, or planning to be engaged, in criminal activity and from:
 ☐ visiting the following type of places: .
 ☐ knowingly meeting or communicating with the following persons: .

☐ (7) you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐ ), or any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.

☒ (8) you shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

☐ (9) ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
 ☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, which may include the use of prescription medications.
 ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify: .)

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 5 of 10

DEFENDANT: LEONARDO V. SANDERS
CASE NUMBER: 14 CR 287-5

| | (10) | (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling _____ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in **§ 3563(b)(10)** shall be imposed only for a violation of a condition of supervised release in accordance with **§ 3583(e)(2)** and only when facilities are available) for the following period _____. |
|---|---|---|
| ☐ | (11) | (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of _____ months. |
| ☐ | (12) | you shall work in community service for _____ hours as directed by a probation officer. |
| ☐ | (13) | you shall reside in the following place or area: _____, or refrain from residing in a specified place or area: _____. |
| ☒ | (14) | you shall remain within the jurisdiction where you are being supervised, unless granted permission to leave by the court or a probation officer. |
| ☒ | (15) | you shall report to a probation officer as directed by the court or a probation officer. |
| ☒ | (16) | ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: _____, ☒ at home ☒ at work ☐ at school ☐ at a community service location ☒ other reasonable location specified by a probation officer ☒ you shall permit confiscation of any contraband observed in plain view of the probation officer. |
| ☒ | (17) | you shall notify a probation officer promptly, within 72 hours, of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. |
| ☒ | (18) | you shall notify a probation officer promptly, within 72 hours, if arrested or questioned by a law enforcement officer. |
| ☐ | (19) | (home confinement): you shall remain at your place of residence for a total of _____ months during nonworking hours. [This condition may be imposed only as an alternative to incarceration.] ☐ Compliance with this condition shall be monitored by telephonic or electronic signaling devices (the selection of which shall be determined by a probation officer). Electronic monitoring shall ordinarily be used in connection with home detention as it provides continuous monitoring of your whereabouts. Voice identification may be used in lieu of electronic monitoring to monitor home confinement and provides for random monitoring of your whereabouts. If the offender is unable to wear an electronic monitoring device due to health or medical reasons, it is recommended that home confinement with voice identification be ordered, which will provide for random checks on your whereabouts. Home detention with electronic monitoring or voice identification is not deemed appropriate and cannot be effectively administered in cases in which the offender has no bona fide residence, has a history of violent behavior, serious mental health problems, or substance abuse; has pending criminal charges elsewhere; requires frequent travel inside or outside the district; or is required to work more than 60 hours per week. ☐ You shall pay the cost of electronic monitoring or voice identification at the daily contractual rate, if you are financially able to do so. ☐ The Court waives the electronic/location monitoring component of this condition. |
| ☐ | (20) | you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living. |
| ☐ | (21) | (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not reenter the United States without obtaining, in advance, the express written consent of the Attorney General or the Secretary of the Department of Homeland Security. |
| ☒ | (22) | you shall satisfy such other special conditions as ordered below. |
| ☐ | (23) | (if required to register under the Sex Offender Registration and Notification Act) you shall submit at any time, with or without a warrant, to a search of your person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects, by any law enforcement or probation officer having reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by you, and by any probation officer in the lawful discharge of the officer's supervision functions (see special conditions section). |
| ☐ | (24) | Other: |

# SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

| | | |
|---|---|---|
| ☐ | (1) | if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision. |
| ☐ | (2) | you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 |

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 6 of 10

DEFENDANT:  LEONARDO V. SANDERS
CASE NUMBER:  14 CR 287-5

days of placement on supervision.

☒ (3) you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the U.S. Probation Office until gainfully employed. The amount of community service shall not exceed 20 hours.

☐ (4) you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☒ (5) you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒ (6) you shall provide a probation officer with access to any requested financial information necessary to monitor compliance with conditions of supervised release.

☒ (7) you shall notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

☐ (8) you shall provide documentation to the IRS and pay taxes as required by law.

☐ (9) you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

☐ You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

☐ The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

☐ You shall not possess or use any device with access to any online computer service at any location (including place of employment) without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system.

☐ You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

☐ You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

☐ You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, or visit locations where children regularly congregate (*e.g.*, locations specified in the Sex Offender Registration and Notification Act.)

☐ This condition does not apply to your family members:            [Names]

☐ Your employment shall be restricted to the district and division where you  reside or are supervised, unless approval is granted by a probation officer. Prior to accepting any form of employment you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity. You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

☐ You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

☐ You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☒ (10) you shall pay any financial penalty that is imposed by this judgment that remains unpaid at the commencement of the term of supervised release. Your monthly payment schedule shall be an amount that is at least $            or 10% of your net monthly income, defined as income net of reasonable expenses for basic necessities such as food, shelter, utilities, insurance, and employment-related expenses.

☒ (11) you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court.

☐ (12) you shall repay the United States "buy money" in the amount of $            which you received during the commission of this offense.

☐ (13) if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 7 of 10

DEFENDANT:  LEONARDO V. SANDERS
CASE NUMBER:  14 CR 287-5

instruction. Such notification could include advising the person about your record of arrests and convictions and substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☐ (14)  Other:

Case: 1:14-cr-00287 Document #: 259 Filed: 04/30/18 Page 16 of 32 PageID #:8429
ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

DEFENDANT: LEONARDO V. SANDERS
CASE NUMBER: 14 CR 287-5

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals** | $100 | $0 | $1,006,035 |

☐ The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Frist Horizon National Corporation | $226,385 | $226,385 | |
| 165 Madison Ave, 8th Floor, Memphis TN 38103 | | | |
| HSBC Bank N.A.,, ATTN:Financial Crime | $245,650 | $245,650 | |
| Investigations, 452 Fifth Avenue, New York, NY 10016 | | | |
| Citi Bank N.A. 701 E 60th Street North, | $141,800 | $141,800 | |
| MC 1251, Legal Services Intake Unit, Sioux Falls, SD 57117 | | | |
| JP Mrgan Chase, 10151 Deerwood Park Blvd, Building 300,2nd floor, Attn" Kathy Val, Recovery Investigations Group, Jacksonville, FL 32256 | $392,200 | $392,200 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | **$1,006,035** | **$1,006,035** | |

☐ Restitution amount ordered pursuant to plea agreement $ ____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to **18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the restitution.

☐ the interest requirement for the ____ is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

DEFENDANT: LEONARDO V. SANDERS

CASE NUMBER: 14 CR 287-5

\* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 10 of 10

DEFENDANT: LEONARDO V. SANDERS
CASE NUMBER: 14 CR 287-5

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $     due immediately.

       ☐   balance due not later than    , or

       ☐   balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal    *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal    *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within    *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
The fine as well an any costs of incarceration and/or supervision are waived.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
|---|---|---|---|
| 14 CR 287 with all liable co-defendants | $1,006,035 | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:14-cr-287 |
| | ) |
| LEONARDO SANDERS, | ) |
| | ) Hon. Charles R. Norgle |
| Defendant. | ) |
| | ) |

## ORDER

Defendant Sanders' Pro Se Emergency Motion to Reconsider Stay of Mitimus [254] is denied.
Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018.

## STATEMENT

The motion now before the Court raises no new issues and is instead a recitation of
Defendant's Second Motion to Extend Time for Voluntary Surrender, which the Court
previously denied. Because no new issues are raised, the Court denies this motion for the
reasons articulated in its April 5, 2018 Order. Defendant shall report to the designated institution
before 2:00 p.m. on April 20, 2018.

IT IS SO ORDERED.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: April 12, 2018

APPEAL,KIM

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:14-cr-00287-5
## Internal Use Only

Case title: USA v. Barr III et al

Date Filed: 05/15/2014
Date Terminated: 11/30/2017

Assigned to: Honorable Charles R. Norgle, Sr

**Defendant (5)**

**Leonardo V Sanders**
*TERMINATED: 11/30/2017*

represented by **Daniel J. Hesler**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8300
Email: daniel_hesler@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosalie Lindsay-Guimaraes**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8341
Email: rose_lindsay@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

BANK FRAUD
(1)

**Disposition**

The defendant guilty to count(s) One. The defendant is hereby committed to the custody to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twenty-eight (28) Months. The defendant shall surrender for service

|  |  |
|---|---|
|  | of sentence at the institution designated by the Bureau of Prisons: before 2:00 p.m. on 2/20/18. Upon release from imprisonment, defendant shall be on supervised release for a term of: Two (2) Years on Count One. Discretionary Conditions of Supervised Release Pursuant to 18 U.S.C. 3563(b) AND 18 U.S.C. 3583(d). Special Conditions of Supervised Release Pursuant to 18 U.S.C. 3563(b)(22) and 3583(d). Criminal Monetary Penalties. Schedule of Payments. |
| LOAN AND CREDIT APPLICATIONS GENERALLY (2) | Count(s) any remaining counts are dismissed on the motion of the United States. |
| BANK FRAUD (3) | Count(s) any remaining counts are dismissed on the motion of the United States. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Christopher R McFadden** |
|---|---|---|
|  |  | United States Attorney's Office (NDIL) |
|  |  | 219 South Dearborn Street |
|  |  | Suite 500 |
|  |  | Chicago, IL 60604 |
|  |  | 312 353 1931 |
|  |  | Email: christopher.mcfadden@usdoj.gov |
|  |  | *TERMINATED: 03/23/2016* |
|  |  | *LEAD ATTORNEY* |
|  |  | *Designation: Assistant US Attorney* |

**Kenneth Edward Yeadon**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5326
Email: Kenneth.Yeadon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Heather Kirsten McShain**
US Attorney's Office
Northern District of Illinois
219 S. Dearborn St
5th Floor
Chicago, IL 60604
312 353 1414
Email: heather.mcshain@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Jason A. Yonan**
United States Attorney's Office (NDIL - Chicago)

219 South Dearborn Street
Chicago, IL 60604
(312) 353-0708
Email: Jason.Yonan@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Sarah J. North**
U.S. Attorney's Office, Northern District of
Illinois
219 S. Dearborn Street
Suite 500
Chicago, IL 60604
312-353-1413
Email: sarah.north@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Scott Dennis Heffron**
Asst. United States Attorney
Northern District of Illinois
219 S. Dearborn St.
Suite 9046
Chicago, IL 60604
Email: scott.heffron@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2014 | 🔒 | (Court only) ***Set/Clear Flags as to Warren N Barr III, Robert D Lattas, Jeffrey A Budzik, Asif A Aslam, Leonardo V Sanders, James J Carroll. (ym, ) (Entered: 05/16/2014) |
| 05/15/2014 | 1 | INDICTMENT as to Warren N Barr III (1) count(s) 1, 2, 3-6, 7, 8-9, 10-11, 12-13, Robert D Lattas (2) count(s) 1, 2, 3-6, 7, 8-9, 11, Jeffrey A Budzik (3) count(s) 6, Asif A Aslam (4) count(s) 4-6, 7, 8, 12-13, Leonardo V Sanders (5) count(s) 1, 2, 3, James J Carroll (6) count(s) 9. (ym, ) (Entered: 05/16/2014) |
| 05/15/2014 | 🔒 2 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Warren N Barr III, Robert D Lattas, Jeffrey A Budzik, Asif A Aslam, Leonardo V Sanders, James J Carroll. (ym, ) (Entered: 05/16/2014) |
| 05/15/2014 | 3 | DESIGNATION Sheet: FELONY (Category 3). (ym, ) (Entered: 05/16/2014) |
| 05/15/2014 | 4 | MINUTE entry before the Honorable Maria Valdez as to Warren N Barr III, Robert D Lattas, Jeffrey A Budzik, Asif A Aslam, Leonardo V Sanders, James J Carroll: To issue bench warrant. The Government will seek to have the Defendant detained without bond pursuant to Title 18, United States Code, Section 3142 as to Warren Barr. To set preliminary bail at $4500.00 and that the Defendants be allowed to sign own recognizance bonds as to Robert Lattas, |

| | | |
|---|---|---|
| | | Jeffrey Budzik, Leonardo Sanders, and James Carroll. To set preliminary bail at $100,000.00 (Secured) as to Asif Aslam. (ym, ) (Entered: 05/16/2014) |
| 05/16/2014 | 🔒 5 | NOTICE of Arraignment as to Robert D Lattas, Jeffrey A Budzik, Asif A Aslam, Leonardo V Sanders, James J Carroll before Honorable Charles R. Norgle Sr. on 5/21/2014 at 10:00 AM. (ym, ) (Entered: 05/16/2014) |
| 05/19/2014 | 6 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants Jeffrey A Budzik and Leonardo V Sanders: The arraignment currently set for 5/21/2014 is stricken. Arraignment is continued to 6/6/2014 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 05/19/2014) |
| 05/21/2014 | 14 | ATTORNEY Appearance for defendant Leonardo V Sanders by Rosalie Lindsay-Guimaraes (Lindsay-Guimaraes, Rosalie) (Entered: 05/21/2014) |
| 06/04/2014 | 20 | PRETRIAL Bail Report as to Leonardo V Sanders (SEALED) (va) (Entered: 06/04/2014) |
| 06/06/2014 | 25 | MOTION *Government's First Set of Pre-Trial Motions* (Attachments: # 1 Exhibit)(McFadden, Christopher) (Entered: 06/06/2014) |
| 06/06/2014 | 🔒 30 | ORDER Setting Conditions of Release as to Leonardo V Sanders in amount of $ 10,000, own recognizance Signed by the Honorable Charles R. Norgle, Sr on 6/6/14. (las, ) (Entered: 06/09/2014) |
| 06/06/2014 | 🔒 31 | OWN recognizance Bond as to Leonardo V Sanders in the amount of $10,000. (las, ) (Entered: 06/09/2014) |
| 06/06/2014 | 33 | ORDER as to Jeffrey A Budzik, Asif A Aslam, Leonardo V Sanders: Arraignment held. The defendant enters a plea of not guilty as to all counts. Pretrial motions are due on 6/27/2014. A status hearing is set for June 27, 2014 at 10:00 a.m. Defendant's presence is waived. In the interest of justice, the court excludes time until 6/27/2014. Asif Aslam's bond is enlarged to permit travel to and from his residence in California for court appearances. Signed by the Honorable Charles R. Norgle, Sr on 6/6/2014. (ym, ) (Entered: 06/10/2014) |
| 06/11/2014 | 34 | MINUTE entry before the Honorable Charles R. Norgle: Motion Government's Frist Set of Pre-Trial Motions 25 are granted. [ as to Warren N Barr III (1), Robert D Lattas (2), Jeffrey A Budzik (3), Asif A Aslam (4), Leonardo V Sanders (5), James J Carroll (6)] Mailed notice (ewf, ) (Entered: 06/11/2014) |
| 06/27/2014 | 40 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendantsas to Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders: Status hearing held on 6/27/2014. Defendants time to file pretrial motions is extended to and unti 8/15/2014. The government's response will be due 8/29/2014 and defendants' replies will be due 9/11/2014. Status hearing is continued to 9/18/2014 at 10:00 a.m. Defendants' presence is waived. In the interest of justice, the court excludes time until 9/18/2014. Defendant Leonardo V. Sanders is granted permission to travel to Hammond, Indiana. Mailed notice (ewf, ) (Entered: 06/27/2014) |

| 07/10/2014 | 42 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 7/10/14. (las, ) (Entered: 07/11/2014) |
| --- | --- | --- |
| 08/12/2014 | 45 | AGREED ORDER as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 8/12/2014. (td, ) (Entered: 08/13/2014) |
| 08/14/2014 | 46 | AGREED Order as to Leonardo V Sanders: This matter coming before the Court on the request of Defendant Leonardo V. Sanders for an extension of the deadline for filing pretrial motions based on the government's representation that additional discovery will be turned over in the near future, and by agreement of all parties, it is hereby ordered that: The current deadline of August 15, 2014, for the filing of pretrial motions shall be extended to September 15, 2014. Signed by the Honorable Charles R. Norgle, Sr on 9/15/14. (las, ) (Entered: 08/18/2014) |
| 08/19/2014 | 49 | MOTION by Leonardo V Sanders to leave the jurisdiction *for international travel while on pretrial release* (Lindsay-Guimaraes, Rosalie) (Entered: 08/19/2014) |
| 08/19/2014 | 50 | NOTICE of Motion by Rosalie Lindsay-Guimaraes for presentment of motion to leave the jurisdiction 49 before Honorable Charles R. Norgle Sr. on 8/22/2014 at 09:30 AM. (Lindsay-Guimaraes, Rosalie) (Entered: 08/19/2014) |
| 08/22/2014 | 53 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: Motion for Permission to Travel Internationally While on Pretrial Release 49 is granted. Motion hearing held on 8/22/2014. Mailed notice (ewf, ) (Entered: 08/22/2014) |
| 09/15/2014 | 55 | AGREED Order as to Leonardo V Sanders: This matter coming before the Court on the request of Defendant Leonardo V. Sanders for an extension of the deadline for filing pretrial motions, and by agreement of the parties, it is hereby ordered that: The current deadline of September 15, 2014, for the filing of pretrial motions shall be extended to October 6, 2014, as to Defendant Leonardo V. Sanders. Signed by the Honorable Charles R. Norgle, Sr on 9/15/14. (las, ) (Entered: 09/17/2014) |
| 09/18/2014 | 56 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Status hearing held on 9/18/2014. Defendant's time to file pretrial motions is extended to and including 10/24/2014. Status hearing is continued to 11/7/2014 at 10:00 a.m. In the interest of justice, the court excludes time until 11/7/2014. Mailed notice (ewf, ) (Entered: 09/19/2014) |
| 11/07/2014 | 60 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Status hearing held on 11/7/2014. Defendants' time for filing pretrial motions is extended to and including 12/1/2014. The government's response is due on or before 12/15/2014. Defendants' replies will be due on or before 12/22/2014. Status hearing is continued to 1/16/2015 at 10:00 a.m. In the interest of justice, the court excludes time until 1/16/2015. Mailed notice (ewf,) (Entered: 11/07/2014) |

Case: 1:14-cr-00287 Document #: 259 Filed: 04/19/18 Page 26 of 32 PageID #:959

| | | |
|---|---|---|
| 11/14/2014 | 61 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 11/14/14. (las, ) (Entered: 11/17/2014) |
| 11/24/2014 | 62 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 11/24/14. (las, ) (Entered: 11/25/2014) |
| 12/01/2014 | 63 | MOTION by Leonardo V Sanders (consolidated pretrial motions) (Lindsay-Guimaraes, Rosalie) (Entered: 12/01/2014) |
| 12/17/2014 | 67 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 12/17/14. (las, ) (Entered: 12/19/2014) |
| 12/31/2014 | 68 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 12/31/14. (las, ) (Entered: 12/31/2014) |
| 01/16/2015 | 69 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Status hearing held on 1/16/2015. Status hearing is continued to 3/27/2015 at 10:00 a.m. In the interest of justice, time is excluded until 3/27/2015. Mailed notice (ewf, ) (Entered: 01/16/2015) |
| 03/27/2015 | 72 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants, Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Status hearing held on 3/27/2015. Status hearing is continued to 4/17/2015 at 10:00 a.m. In the interest of justice, the court excludes time until 4/17/2015. Mailed notice (ewf, ) (Entered: 03/27/2015) |
| 03/27/2015 | 73 | AGREED Order as to Leonardo V Sanders (5) Signed by the Honorable Charles R. Norgle, Sr on 3/27/15. (las, ) (Entered: 03/30/2015) |
| 04/17/2015 | 76 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants, Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Status hearing held on 4/17/2015. Status hearing is continued to 6/5/2015 at 10:00 a.m. In the interest of justice, time is excluded until 6/5/2015. Mailed notice (ewf, ) (Entered: 04/17/2015) |
| 06/05/2015 | 86 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Warren N. Barr III: Motion to withdraw as attorney 84 is granted. Michael H King is hereby withdrawn from the case. Motion hearing held on 6/5/2015. Attorney Michael H. King terminated. Mailed notice (ewf, ) (Entered: 06/05/2015) |
| 06/05/2015 | 87 | MINUTE entry before the Honorable Charles R. Norgle in regard to Defendants Warren N Barr III, Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Status hearing held on 6/5/2015. Status hearing is continued to 7/10/2015 at 10:00 a.m. In the interest of justice, time is excluded until 7/10/2015. Mailed notice (ewf, ) (Entered: 06/05/2015) |
| 07/08/2015 | 91 | MINUTE entry before the Honorable Charles R. Norgle as to Defendants, Warren N Barr III, Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, and James J Carroll: Enter Agreed Order. The status hearing |

| | | |
|---|---|---|
| | | currently set for July 14, 2015 is stricken. Status hearing is reset for 7/24/2015 at 10:00 a.m. In the interest of justice, time is excluded until 7/24/2015. Mailed notice (ewf, ) (Entered: 07/08/2015) |
| 07/08/2015 | 92 | MINUTE entry before the Honorable Young B. Kim: as to all defendants: All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned District Judge. Mailed notice (ma,) (Entered: 07/08/2015) |
| 07/24/2015 | 98 | MINUTE entry before the Honorable Charles R. Norgle in regard to Defendants, Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, James J Carroll: Status hearing held on 7/24/2015. Jury Trial is set for 4/19/2016 at 10:00 a.m. In the interest of justice, time is excluded until April 19, 2016. Mailed notice (ewf, ) (Entered: 07/24/2015) |
| 08/24/2015 | 104 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 8/24/15. Mailed notice (las, ) (Entered: 08/25/2015) |
| 11/05/2015 | 116 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 11/5/15. Mailed notice (las, ) (Entered: 11/06/2015) |
| 12/02/2015 | 118 | ATTORNEY Appearance for USA bySarah J. North (North, Sarah) (Entered: 12/02/2015) |
| 02/11/2016 | 134 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants, Warren N Barr III, Asif A Aslam, and Leonardo V Sanders: A status hearing is set for 3/1/2016 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 02/11/2016) |
| 03/01/2016 | 135 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants Warren N Barr III, Asif A Aslam, Leonardo V Sanders: Status hearing held on 3/1/2016. Status hearing is continued to 3/23/2016 at 10:00 a.m. In the interest of justice, time is excluded until 3/23/2016. Defendant William Barr's bond is enlarged to permit travel outside of the Northern District of Illinois between March 8, 2016 and March 20, 2016. Mailed notice (ewf, ) (Entered: 03/01/2016) |
| 03/01/2016 | 136 | MINUTE entry before the Honorable Charles R. Norgle as to Warren N Barr III, Asif A Aslam, and Leonardo V Sanders: The trial date set for April 19, 2016 is stricken. Mailed notice (ewf, ) (Entered: 03/01/2016) |
| 03/23/2016 | 137 | ATTORNEY Designation for USA of Heather Kirsten McShain (McShain, Heather) (Entered: 03/23/2016) |
| 03/23/2016 | 138 | NOTICE of Withdrawal of counsel Christopher R. McFadden by USA as to Warren N Barr III, Robert D Lattas, Jeffrey J Budzik, Asif A Aslam, Leonardo V Sanders, James J Carroll (McFadden, Christopher) (Entered: 03/23/2016) |
| 03/23/2016 | 139 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants Warren N Barr III, Asif A Aslam, and Leonardo V Sanders: Status hearing held on 3/23/2016. Jury trial is set for 7/12/2016 at 10:00 a.m. Time is excluded in the in the interest of justice until 7/12/2016. Mailed notice (ewf, ) (Entered: |

| | | 03/23/2016) |
|---|---|---|
| 04/06/2016 | 140 | ATTORNEY Appearance for USA byKenneth Edward Yeadon (Yeadon, Kenneth) (Entered: 04/06/2016) |
| 04/06/2016 | 141 | TRANSCRIPT OF PROCEEDINGS as to Warren N Barr III, Asif A Aslam, Leonardo V Sanders held on 02-22-2016, before the Honorable Charles R. Norgle, Sr. Court Reporter Contact Information: Pamela S. Warren https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 4/27/2016. Redacted Transcript Deadline set for 5/9/2016. Release of Transcript Restriction set for 7/5/2016. (Warren, Pamela) (Entered: 04/06/2016) |
| 04/07/2016 | 143 | TRANSCRIPT OF PROCEEDINGS as to Warren N Barr III, Asif A Aslam, Leonardo V Sanders held on 03-01-2016, before the Honorable Charles R. Norgle, Sr. Court Reporter Contact Information: Pamela S. Warren https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 4/28/2016. Redacted Transcript Deadline set for 5/9/2016. Release of Transcript Restriction set for 7/6/2016. (Warren, Pamela) (Entered: 04/07/2016) |
| 04/07/2016 | 144 | NOTICE of Correction regarding transcript,,, 141 as to Warren N Barr III, Asif A Aslam, Leonardo V Sanders (las, ) (Entered: 04/07/2016) |
| 06/17/2016 | 149 | ORDER as to Leonardo V Sanders: Change of plea hearing held. The defendant withdraws his plea of not guilty and enters a plea of guilty as to Count One. The defendant is informed of his rights. On the plea of guilty there is a finding of guilty. The case is referred to the probation department for a presentence investigation. Sentencing is set for September 20, 2016 at 10:00 a.m. Signed by the Honorable Charles R. Norgle, Sr on 6/17/16. Mailed notice (las, ) (Entered: 06/21/2016) |
| 06/17/2016 | 150 | PLEA Agreement as to Leonardo V Sanders (las, ) (Entered: 06/21/2016) |
| 06/22/2016 | 153 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendants, Warren N Barr III, and Leonardo V Sanders: The trial date set for July 12, 2016 is stricken. Mailed notice (ewf, ) (Entered: 06/22/2016) |

Case: 1:14-cr-00287 Document #: 259 Filed: 04/19/18 Page 29 of 32 PageID #:962

| | | |
|---|---|---|
| 07/29/2016 | 158 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: Enter Agreed Order. The sentencing hearing currently scheduled for September 20, 2016 a.m. is continued to January 27, 2017 at 11:00 a.m. Mailed notice (ewf, ) (Entered: 07/29/2016) |
| 07/29/2016 | 159 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 7/29/16. Mailed notice (las, ) (Entered: 08/01/2016) |
| 07/29/2016 | 160 | AGREED Order as to Leonardo V Sanders: It is hereby ordered that: The probation office shall disclose its sentencing recommendation to the parties prior to the sentencing hearing. For further details see agreed order. Signed by the Honorable Charles R. Norgle, Sr on 7/29/16. Mailed notice (las, ) (Entered: 08/01/2016) |
| 07/29/2016 | 161 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 7/29/16. Mailed notice (las, ) (Entered: 08/01/2016) |
| 12/15/2016 | 🔒 171 | (Court only) SENTENCING Recommendation as to Leonardo V Sanders (SEALED) (Fitzgerald, Josie) (Entered: 12/15/2016) |
| 12/15/2016 | 172 | PRESENTENCE Investigation Report as to Leonardo V Sanders (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Fitzgerald, Josie) (Entered: 12/15/2016) |
| 12/19/2016 | 173 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: The sentencing hearing currently set for 1/27/2017 is stricken. Sentencing is reset for 2/24/2017 at 11:00 a.m. Mailed notice (ewf, ) (Entered: 12/19/2016) |
| 02/14/2017 | 180 | PRESENTENCE Investigation Report (Supplemental) as to Leonardo V Sanders (SEALED) (Fitzgerald, Josie) (Entered: 02/14/2017) |
| 02/15/2017 | 181 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: Enter Agreed Order. The sentencing hearing set for 2/24/2017 is stricken. Sentencing is continued to 4/28/2017 at 11:00 a.m. Mailed notice (ewf, ) (Entered: 02/15/2017) |
| 02/15/2017 | 182 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 2/15/17. Mailed notice (las, ) (Entered: 02/16/2017) |
| 03/28/2017 | 189 | ATTORNEY Designation for USA of Jason A. Yonan (Yonan, Jason) (Entered: 03/28/2017) |
| 04/21/2017 | 194 | SENTENCING MEMORANDUM as to Leonardo V Sanders (North, Sarah) (Entered: 04/21/2017) |
| 04/27/2017 | 195 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: Enter Agreed Order. The sentencing hearing set for 4/28/2017 is stricken. Sentencing is continued to 6/23/2017 at 11:00 a.m. Mailed notice (ewf, ) (Entered: 04/27/2017) |
| 04/27/2017 | 197 | AGREED Order as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 4/27/17. Mailed notice (las, ) (Entered: 04/28/2017) |

| 05/11/2017 | 200 | ATTORNEY Appearance for defendant Leonardo V Sanders by Daniel J. Hesler (Hesler, Daniel) (Entered: 05/11/2017) |
|---|---|---|
| 06/12/2017 | 207 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: Enter Order. The sentencing hearing set for 6/23/2017 is reset 8/11/2017 at 10:30 a.m. Mailed notice (ewf, ) (Entered: 06/12/2017) |
| 06/12/2017 | 208 | ORDER as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 6/12/17. Mailed notice (las, ) (Entered: 06/13/2017) |
| 07/20/2017 | 211 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V Sanders: Enter Agreed Order. The sentencing hearing currently set for 8/11/2017 is reset for 9/15/2017 at 10:30 a.m. Mailed notice (ewf, ) (Entered: 07/20/2017) |
| 07/20/2017 | 212 | ORDER as to Leonardo V Sanders Signed by the Honorable Charles R. Norgle, Sr on 7/20/17.Mailed notice (las, ) (Entered: 07/21/2017) |
| 09/05/2017 | 217 | SENTENCING MEMORANDUM as to Leonardo V Sanders (Hesler, Daniel) (Entered: 09/05/2017) |
| 09/05/2017 | 218 | OBJECTION to Presentence Investigation Report by Leonardo V Sanders (Hesler, Daniel) (Entered: 09/05/2017) |
| 09/15/2017 | 219 | MINUTE entry before the Honorable Charles R. Norgle as to Leonardo V Sanders: Sentencing held on 9/15/2017. Sentencing is continued to 11/30/2017 at 11:30 a.m. Telephoned/mailed notice (ewf, ) (Entered: 09/15/2017) |
| 11/20/2017 | 224 | MINUTE entry before the Honorable Charles R. Norgle as to Leonardo V Sanders: Enter Agreed Order. Defendant is granted leave to file a supplementary sentencing memoranda and supporting exhibits under seal. Mailed notice (ewf, ) (Entered: 11/20/2017) |
| 11/20/2017 | 225 | AGREED ORDER as to Leonardo V Sanders (5). Signed by the Honorable Charles R. Norgle, Sr on 11/20/17. Mailed notice (smm) (Entered: 11/21/2017) |
| 11/21/2017 | 226 | SEALED Document (Hesler, Daniel) (Entered: 11/21/2017) |
| 11/30/2017 | 227 | MINUTE entry before the Honorable Charles R. Norgle as to Leonardo V Sanders: Sentencing held on 11/30/2017. Mailed notice (ewf,) (Entered: 11/30/2017) |
| 11/30/2017 | 🔒 | (Court only) ***Procedural Interval start (P6) Count(s) One as to Leonardo V Sanders. (smm) (Entered: 12/05/2017) |
| 11/30/2017 | 229 | JUDGMENT (Sentencing Order) as to Leonardo V Sanders (5): The defendant pleaded guilty to count(s) One. The defendant is hereby committed to the custody to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twenty-eight (28) Months. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2:00 p.m. on 2/20/18. Upon release from imprisonment, defendant shall be on supervised release for a term of: Two (2) Years on Count One. Discretionary Conditions of Supervised Release Pursuant to 18 U.S.C. 3563(b) |

| | | |
|---|---|---|
| | | AND 18 U.S.C. 3583(d). Special Conditions of Supervised Release Pursuant to 18 U.S.C. 3563(b)(22) and 3583(d). Criminal Monetary Penalties. Schedule of Payments. Count(s) any remaining counts are dismissed on the motion of the United States. (Terminated defendant Leonardo V Sanders). Signed by the Honorable Charles R. Norgle, Sr on 11/30/17. Mailed certified copy to defendant Leonardo V. Sanders's counsel of record Daniel Hesler. (smm) (Entered: 12/05/2017) |
| 11/30/2017 | 230 | STATEMENT of Reasons as to Leonardo V Sanders. (SEALED) Mailed certified copy to defendant Leonardo V. Sanders's counsel of record Daniel Hesler. (smm) (Entered: 12/05/2017) |
| 12/01/2017 | 228 | PRESENTENCE Investigation Report (Supplemental) as to Leonardo V Sanders (SEALED) (Mosley, Crystal) (Entered: 12/01/2017) |
| 12/05/2017 | | JUDGMENT and Commitment as to Leonardo V Sanders issued to U.S. Marshal via e-mail. (smm) (Entered: 12/05/2017) |
| 12/13/2017 | 233 | AGREED ORDER as to Leonardo V Sanders (5). Signed by the Honorable Charles R. Norgle, Sr on 12/13/17. Mailed notice (smm) (Entered: 12/14/2017) |
| 01/03/2018 | 234 | CITATION to Discover Assets issued as to Leonardo Sanders. (No Notice) (smm) (Entered: 01/04/2018) |
| 01/11/2018 | 235 | RETURN of Citation to Discover Assets executed on 01/04/2018 as to Leonardo Sanders (Heffron, Scott) (Entered: 01/11/2018) |
| 01/11/2018 | 236 | ATTORNEY Designation for USA of Scott Dennis Heffron (Heffron, Scott) (Entered: 01/11/2018) |
| 02/02/2018 | 239 | MOTION by Leonardo V Sanders for extension of time *UNOPPOSED MOTION TO EXTEND TIME FOR VOLUNTARY SURRENDER* (Hesler, Daniel) (Entered: 02/02/2018) |
| 02/02/2018 | 240 | NOTICE of Motion by Daniel J. Hesler for presentment of motion for extension of time 239 before Honorable Charles R. Norgle Sr. on 2/9/2018 at 09:30 AM. (Hesler, Daniel) (Entered: 02/02/2018) |
| 02/08/2018 | 241 | MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Leonardo V. Sanders: Unopposed Motion to Extend Time for Voluntary Surrender 239 is granted. The defendant's surrender date is extended to at or before 2:00 p.m. on Friday, April 20, 2018. The parties are not required to appear before the court on Friday, February 9, 2018. Mailed notice (ewf, ) (Entered: 02/08/2018) |
| 02/08/2018 | 242 | AGREED ORDER as to Leonardo V. Sanders: By agreement of the parties, it is hereby ordered that defendant Leonardo Sanders' surrender date is extended to Friday, April 20,2018 at 2:00 p.m. Signed by the Honorable Charles R. Norgle, Sr on 2/8/2018. Mailed notice (jh, ) (Entered: 02/12/2018) |
| 04/03/2018 | 250 | MOTION by Leonardo V Sanders for extension of time *DEFENDANT SANDER'S SECOND MOTION TO EXTEND TIME FOR VOLUNTARY* |

| | | |
|---|---|---|
| | | *SURRENDER* (Hesler, Daniel) (Entered: 04/03/2018) |
| 04/03/2018 | 251 | NOTICE of Motion by Daniel J. Hesler for presentment of motion for extension of time 250 before Honorable Charles R. Norgle Sr. on 4/6/2018 at 09:30 AM. (Hesler, Daniel) (Entered: 04/03/2018) |
| 04/05/2018 | 252 | MINUTE entry before the Honorable Charles R. Norgle as to Leonardo V Sanders: The notice of motion hearing set for Friday, April 6, 2018 is stricken. The court will issue an order. The parties are not required to appear before the court on Friday, April 6, 2018. Mailed notice (ewf, ) (Entered: 04/05/2018) |
| 04/05/2018 | 253 | ORDER as to Leonardo V Sanders (5): Defendant Sanders' Motion to Extend Time For Voluntary Surrender 250 is denied. Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018. Signed by the Honorable Charles R. Norgle, Sr on 4/5/18. Mailed notice. (gcy, ) (Entered: 04/06/2018) |
| 04/10/2018 | 254 | PRO SE EMERGENCY MOTION by Leonardo V Sanders to reconsider stay of mitimus (Attachments). (smm) (Entered: 04/11/2018) |
| 04/12/2018 | 256 | ORDER as to Leonardo V Sanders: Defendant Sanders' Pro Se Emergency Motion to Reconsider Stay of Mitimus 254 is denied. Defendant shall report to the designated institution by 2:00 p.m. on April 20, 2018. (See Statement). Signed by the Honorable Charles R. Norgle, Sr on 4/12/2018. Mailed notice (yap, ) (Entered: 04/17/2018) |
| 04/16/2018 | 255 | EMERGENCY MOTION by Leonardo V. Sanders to reconsider stay of Mitimus. (Exhibits) (jh, ) (Entered: 04/16/2018) |
| 04/19/2018 | 257 | NOTICE OF APPEAL by Leonardo V Sanders regarding order on motion for reconsideration, 256 , judgment, terminated defendant, 229 , sentencing 227 (ek, ) (Entered: 04/19/2018) |
| 04/19/2018 | 258 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 257 (ek, ) (Entered: 04/19/2018) |