# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 20, 2018

Before

JOEL M. FLAUM, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*

| No. 18-1848 | UNITED STATES OF AMERICA<br>Plaintiff - Appellee<br><br>v.<br><br>LEONARDO V. SANDERS,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:14-cr-00287-5<br>Northern District of Illinois, Eastern Division<br>District Judge Charles R. Norgle | |

Upon consideration of the **EMERGENCY PRO SE APPEAL OF ORDER TO DENY MOTION TO STAY MITIMUS**, filed on April 19, 2018, by the pro se appellant,

**IT IS ORDERED** that the appellant's request to stay his surrender date is **DENIED**. The appellant shall report to the designated institution as ordered on April 20, 2018, by 2:00 p.m. The orders of the district court denying the motions to extend time for voluntary surrender are **AFFIRMED**.

form name: **c7_Order_3J**(form ID: **177**)