IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 287-5 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| LEONARDO SANDERS | ) | |

AGREED ORDER

On the motion of defendant without opposition, it is hereby ordered pursuant to Local Rule 26.2 that docket entries 254 and 255 in this case shall be placed under seal in accordance with Local Rule 5.8. The contents of documents under seal in this case, other than the bare title of the documents, should not be made publicly available. In the absence of some further order of this Court, access to documents under seal in this case shall be limited to court personnel, the probation office, the defendant, his attorney of record in this case, and the United States Attorneys in this district. The documents so restricted shall remain restricted for as long as the clerk's office customarily keeps court records, at which time the documents may be disposed of.

ENTER:

_____
Charles Norgle
U.S. District Court Judge

DATED: 11-28-18